```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

United States of America,          :    NOTICE OF APPEARANCE
                                        AND REQUEST FOR
                                   :    ELECTRONIC NOTIFICATION
         - v -
                                   :    18 Cr 820 (JSR)

Cesar Altieri Sayoc,
                                   :
         Defendant.
-----------------------------------x
```

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case as counsel for Mr. Sayoc and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

/s/ [signature]

**Ian H. Marcus Amelkin, Esq.**
Assistant Federal Defender
52 Duane Street
New York, N.Y. 10007
(212) 417-8733
ian_marcus_amelkin@fd.org

TO:   Attorneys of Record