Case 1:18-cr-00820-JSR Document 16 Filed 03/21/19 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

**WAIVER OF INDICTMENT**

CESAR ALTIERI SAYOC,
    a/k/a "Cesar Randazzo,"
    a/k/a "Cesar Altieri,"
    a/k/a "Cesar Altieri Randazzo,"

                Defendant.

S1 18 Cr. 820 (JSR)

- - - - - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 844(d), 844(j), 875(c), 1716(j)(2), 2332a(a), and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
CESAR ALTIERI SAYOC
Defendant

_____
Witness

_____
Ian Marcus Amelkin, Esq.
Sarah J. Baumgartel, Esq.
Amy Gallicchio, Esq.
Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 21 2019

Date:    New York, New York
           March 21, 2019