USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

CESAR ALTIERI SAYOC,

Defendant.

---

18-cr-820 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The Court is in receipt of a letter from defendant Sayoc, dated March 23, 2019, in which he seeks to clarify certain statements he made during his guilty plea colloquy on March 21. Counsel for the defendant and for the Government are hereby instructed, no later than one week from the date of this Order, to send letters to the Court indicating whether they believe it is necessary for further action to be taken at this time.

The Clerk of the Court is respectfully directed to docket defendant's letter along with this Order.

SO ORDERED.

Dated: New York, NY

April 2, 2019

JED S. RAKOFF, U.S.D.J.

1

USA
v
SAYOC

18 CR 820 (JSR)

(1A)

MARCH 23, 2019

Your Honor Judge: Jed S. Rakoff.

It is my pleasure Cesar Altieri Sayoc Jr. to speak with you your Honor. My Plea Hearing was March 22, 2019 at 4:00 p.m. I am writing you to Clearify & Understanding of part of my Statement question you asked myself After reading the paper prepared by my attourney I read at my Plea Hearing. Your Honor Jed S. Rakoff, you asked: After Reading my paper Statement prepared by my attourney, "Mr. Sayoc Do You knowingly know the Devices Would Hurt or Harm anyone. Your Honor my attourney instructed me to say yes. In my heart I wanted to say no. I didn't have a full understanding or what to say. I answered under extreme Emotional Circumstances & not Sound Comprehending circumstances." It was right after I broke down & cried reading the statement by my attourney. I responded what my attourney Replied to myself under deep emotions. I came back to MCC & had a chance to Go Over the entire Plea Hearing. I Realized that it was the wrong thing to say, Because under no

(2A)

Circumstances my intent was to Hurt or Harm any one. The intention was to only intimidate, scare. I want to Clarify my statement, Correct & I Quote under Sound mind & in my words, "Know what started out as Hoax, Decoys, Devices were not ever meant to work or could have worked, Hurt or Harm Anyone. I am forever Sincerely in Remorse & Extremely Sorry with all my heart.

Sincerely: Cesar A Sayoc Jr

From: Cesar Altieri Sayoc Jr
#17781104 MCC New York
150 Park Row
New York, N.Y. 10007


CC: Sarah Baumgartel P.A.



From: CESARO/ACTIENI SAYOC JR
#17781104
MCC New York
150 Park Row
New York, N.Y. 10007

To: LEGAL MAIL

JUDGE JED S. RAKOFF
U.S. COURT HOUSE
500 PEARL STREET
New York