## Federal Defenders
### OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 12, 2019

**BY ECF**

Honorable Jed S. Rakoff
U.S. District Judge
500 Pearl Street
New York, NY 10007

Re:   **United States v. Cesar Altieri Sayoc
      18 Cr. 820 (JSR)**

Dear Judge Rakoff:

The defense respectfully submits this letter in response to the Court's April 5, 2019 order. At this time, the Federal Defenders is not seeking to withdraw as counsel or requesting that Mr. Sayoc's plea be vacated. The defense agrees, however, that CJA counsel should be appointed for the limited purpose of counseling Mr. Sayoc on any possible conflicts of interest and on the issues raised in his letters to the Court.

Respectfully submitted,

/s/
Sarah Baumgartel
Amy Gallichio
Ian Marcus Amelkin
Assistant Federal Defenders
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:    United States Attorney's Office, SDNY