

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2019

Via ECF
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/19
```

   Re: *United States v. Cesar Altieri Sayoc,*
      **18 Cr. 820 (JSR)**

Dear Judge Rakoff:

   The Government respectfully submits this letter in response to the Court's April 5, 2019 order. Based on the content of the defendant's two post-plea submissions to the Court, the Government respectfully submits that his guilty plea should be vacated. The defendant's claims regarding current counsel also give rise to potential conflicts of interest that should be evaluated pursuant to the procedures set forth in *Curcio*, including giving the defendant an opportunity to consult with new counsel regarding whether he wishes to waive the potential conflicts and proceed with current counsel. In the absence of a knowing and voluntary waiver of all potential conflicts, new counsel should be appointed to represent the defendant. The Government will submit proposed questions related to the requested *Curcio* proceeding if helpful to the Court.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney
            Southern District of New York

            By: _____/s/_____
            Emil J. Bove III / Jane Kim
            Jason A. Richman / Samuel Adelsberg
            Assistant United States Attorneys
            (212) 637-2444

Cc: Defense Counsel
   (Via ECF)