18CR820-01 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/19

Your Honor Jed S. Rakoff:

I want to bring attention to. I have been requesting from Psyche dept, here at mcc fnom, Mrs miller a Psych Evaluation since I arrived in Nov. She explained they were going to bring in outside doctor to see what was going on inside my mind day of incident, I was not in right STATE OF mind at time, I have asked when is outside Doctor going to do Psych Evaluation. The Psychologist I was working with Mrs. Lily said I then asked & email several times since day1 in Nov. When was I going to see doctor see Psych Eucluation. 5150. I find out you Judge Your honor have to request a Psych Eucluation, which should have been done first days I arrived here at MCC in Nov. I was placed in a very tramatic situation & Trauma, which really messed up my state of mind. I was placed in SHU 9 south 6 Tier for first 60 days, I SUFFERED From hearing voices, seeing lighting around fixtures. It added from my past deep levels depression, High Anxiety, nervious condition, Vertigo room spins, overly emotional, loner, memory, Deep trauma. I brought the problem to Psychologya they recommended Psychologist. The Psychologist says he could not ................... with medication. The Psychologist

②

medication. My anxiety, Vertigo, panic attacks, depression, nervious condition, being in enclosed space, mental state are getting worse. I ask for help Psychologist & Psychology & they pass the problem off. It is getting very bad every 15 minutes. I get up from cell bed & jump up walk cell cell night long. The traumatic situation is overwhelming. Today again Main Line MCC, I address the problems needing help & both Psychology & Psychologist give me the run around again. It all added to my problems I arrived with state from abuse steroids over 40 yrs, nervious condition, depression, panic attacks, enclosed space, Robias, shy sleep appartment al condition, Plus I have never been in jail before & my first Federal offence ever. Your Honor, as you could see how traumatized freaked out, overwhelmed, very nervious & high anxiety, Froze at Plea Hearring march 21, 2019. I went from MCC to a cage for 4 hrs into your court room your honor. The crowds, conditions & overly so much pressure & not able to comprehend, mind went blank. The fobia was so bad, my heart was almost coming out my Chest, worst than when I take test. I had alot past mental problems from recently.

③

settlement christian Brotherhood st
Stanulaus Bay st lous, mississippi
Catholic School. I was malested Bye
Brother Raymond. The brotherhood
tried to cover the incident up & settle
the case for only $6,000.00. I had
bad ineffective council & used scared
tactics to make me take the take it
or leave it offer. I was so depressed
I almost committed suicide. I lived
with Pain & Anger Rage Recently.
I Have to thank Donald J. Trump, Anthony
Robbins, zeek zigler, The Power & secret
for saving my life. I went to Barns &
Nobble & was like a bicycle mechanic
doing a mechanic Job. I seeded self
Help tapes. They defued me Temporary
& Anger Relief. I Just Had Another
Upset the day before the incident
that happened & why we are here My
mother son. Twot settled the same
case for over 1.6 million dollars.
He also just went to jail & a lot of our
anger & why we are in jail has to do
with built up from past. All we did was
protect & believe in our faith & our
belief religion let u down. I also just
recently lost my grandparents.
The one day I never wanted to face.

4

Then mayor thadgety my ex fiance
was in a car wreck & 15 hrs in surgery.
Plus I had 60 to 70 bad people stole,
robbed, scammed & got over on me for
being too nice, I will add $18,000.00
worth of damage to my van Stickers
Supporting President Trump, Almost
lost my life over it. The liberal left
Democrat leaders encourage attacks
& violence, I had moved to Asheville,
N.C. to attend school & work at
Pizza Hut Fairview Rd. After I parked
my Van, The Follower liberal left Cut
my Fuel lines & disconnected my
ground wire. If they had disconnect-
ed The correct wires. My van would
have blown up. I was on front lines
of war between right & left. I went to
Chicago, IL Rally liberal left Followers
Attacked us & shut down rally & chasing
us with Bats, rocks, even as far as
throwing mototal cocotalls. We filed
6 police reports. The mayor Emmavelle
of Chicago had police stand down order.
The violence grew on both sides. What
started off as funny how people were
acting on both sides RIGHT & LEFT. I became
apart of the nightmore. The ideology
sucked you in. I have never been

⑤

Involved in Politics or ever will
again. Politics sucks you in Radical
on both right & the Left. I first laughed
at the attacks on myself. Then
the followers of the left almost
blew up my Van up with myself
inside. It was not funny any longer.
The followers went after my life
& the democrat leadership encouraged
these act). In these last 6 months
has been extremely tough. I loss
my entire life basacally. Stupidity
Steroids, psychological mental problems, I want
to thank you Your Honor, I am
Forever in deep Remorse.

Sincerely

Cesar a. Sayor Jr.
Cesar Alt Sayor Jr.
17781-104
MCC NEWYORK
150 Park Row
New York, N.Y. 10007

①

Your Honor Jed S, Rakoff: Sir.

I do not want to make excuses for
my actions. I want to express my
deepest Remorse & Forever Sorrows
to All victims. I just like to express the
why & clerify to yourself wondering why.
To understand, what built up to this.
You have to understand my past. I looked
back into my past. My name is Cesar
ALTIERI SAYOC Jr. [redacted] age 57
From Paradise, Aventura, Hollywood
Beach, Miami, Fla. I am an American,
Philippines, Italian, with Seminole Indian
Heritage traits Roman Catholic & Jewish.
I was raised by 2 wonderful grand
parents From Torro Del Greco & Bare Italian
a motion picture star Jewlery & loan business
who use to help poor black People with like
my second father Bishop Washington
Bet Sty Brooklyn, N.Y Bishop Washington a
great man was like a 3rd father. My mother
madelne SAYoc GIANIello who who business
women of yr & first women president of
Cosmetic Asscoiation in 50 yrs Also who
raised myself my second mom Husekeeper
African American lady Annie Alexander.
We were from Bay 8th Bensonhurst,

②

Brooklyn, N.Y. 1401 Cropsey ave.
my father Cesar Zook Sayoc Sr.
He left everything my grandfathers
businesses & he relocated us to
Paradise Golden Shores Sunny Isle Beach,
Fla. He took us away from family,
Friends, Businesses & my dream becoming
a Veternarian & love of animals & help
abused ones. my father second Mortage
our home businesses & Cleared out our
College bank accounts. Our grandfather
had put money in weekly. The
marshalls were coming the next day
to Foreclose on everything & put
us on street. My wonderful
mother almost committed suicide
& left us 3 orphans. She was
a modern day wonder women
trying to balance a home, my
2 siblings & myself. I was hyperactive,
with learning disabilities, on Ridolin
read sentences backwards fustrated &
test fobias. My mother, wanted
the best schools for myself.
First I attended Public tutoring.
I then needed disciplinary Military
schools Florida Air Academy for
2 yrs. in 1974. I was put in Catholic
schools St Stanulaus, Bay St louis

(3)

mississippi. Brother Raymond was R.T. (Resident Tutor) talked to my mom into not calling or answering myself. He Raped, Penetrated, & molested en prisoned myself for over a year. I explained to my mom "get me out of here now or I would Kill myself. I did not tell her why & kept quiet about incident. She rushed to take me out of school & backed to MIAMI, FLA. I was getting crazier in my head. She tried 3 times to committ myself to Psych hospital but as you know by law. The person who you are trying to committ has to be willing to be committed. I Fought my mother to be committed. I did not speak of the rape, malestation for over 40 yrs. I was raised always to protect the Church at all cost growing up. I Finally had time to think & then confided in a Friend Don R. Jones a Attourney & U.S. Marine in MIAMI, FLA. I met Don in a Club I worked for in Miami FLA. We became Friends. We would confide about Girl Friends from past & present. I went back to my home & called St Stanulaus, Bay St

(4)

Louis, Mississippi catholic school.
I asked if Brother Raymond were
still there. He was still there & there
were no reports of misconduct on
Brother Raymond. In turn, I finally
After 40 hrs in darkness, I confided
in Don R. Jones. I broke down
almost to the level of suicide. Don
R. Jones P.D. recommended his attorney
friends law firm Herman law.
Herman law took me to Chicago,
ILL to meet with the brotherhood
for 10 hrs. The Brotherhood tore
me apart on Camera. I forgot
my roommates & that was deciding
factor. The brotherhood sided
with Brother Raymond & gave
me alternative take it or leave
it deal $6,000.00 settlement
I was deeply depressed, low self
esteem, confidence, self worth,
anxiety, panic, fobias, psychologically
damaged, scared for life, a growing
Rage anger, let down, anti social,
loner, etc. A lot of people who
have gone through what I have
gone through, Do not make it. It
has been a growing problem
through the church today.

(5)

They have endless law suits. All I will say thank goddness for self help tapes. It was a temporary bandaid over my growing problem. If it was not for self help tapes. We would have been here. I held in myself for over 40 yrs. Thank God almighty for self help tapes. I seeked from Barnes & Noble. Donald J. Trump, Zeek Zigler, Anthony Robbins, The Power, The Secret CD's. I was like a bicycle mechanic doing a mechanics Job. I had to get away fast & cool down. The anger rage I felt for over 40 yrs. my attorney at Horman Law advised me completely wrong. I found out later. I had bad council. They had instructed myself to take $6,000.00. My mother Friend Son had same extact case. He was molessed, raped & settled with the church 1.6 million dollars, I recently found out. I was deeply was deeply upset depressed low self esteem, no confidence, let down, loner, scared, shaking in a silent rage & felt complete let down. A religion I lwed so much disappointed myself. I was a shy person religiously my mother Friend son is in prison also.

(6)

let down I then in turn went back into Entertainment business touring male & female dance shows. nationwide, I had to get away & not think about the end result of church. I asked for help & people shunned myself. I was upset needed help. I was suppose to seek help from psychologist to be put on meds to help with depression. The psych let me down & did not help me. I then purchased a trailer & the business failed. Do to entertainment had changed, throughout world, because of internet, Again I looked back into Past, what had built up Today why I ended up here MCC New York.

I had many businesses, I helped people out financially 60 to 70 past failures disappointments helping people. I never took Action or retaliated. People I thought I could trust over, over, over again. They used myself like a door mat. I wrote off Alot of money, My moto was, if they screwed me. I would always say they needed it more than myself. I will give you an example Your honor with world

(7)

respect. I was talked into Dry Cleaning business & I had left my touring show, which was very successful. I helped a friend & saved his life. He was in with a bad crowd & Drugs. I saved his life & channeled him into business. I had left my touring show, which was very successful. He then took kindness for weakness & Robbed myself daily. He stole hundreds of thousand's of dollars. IT was a great business. I caught him, shortly after I call FPL ('Fla Power (light). They tried to EXSTORT 174.00 deposit. I wish I had paid 174.00. They had 3 deposit & 4, STATED if I DO NOT PAY SHUT ME OFF! SHE in turn became really rude & refused myself to talk to her manager. "I said "mam jokingly are you kidding. Do I have to blow up building to talk to someone. ITW's very stupid. IT was all over 174.00 Deposit. I had to do 1 yr probation. I had many business ventures trusting people. Alot of them had an angle to take advantage of myself. They looked to myself as weak. They took kindness for weakness.

⑧

I always worked legally never ever illegally. In 2008 I lost everything with the big financial crisis it worked hard long hours into the nights. My average work week was 116 hrs. I loved people of all creeds & colors, I loved to work & make alot of money. People I helped the majority of the time took advantage of my goodness. I loved to be a workaholic, IT kept me healthy wealthy & wise & out of trouble. I was so tired of working so hard & then being taken advantage of. I had become a loner. You do not become a loner over NIGHT. All I wanted was good friends & they only seen myself as weak & easy target. My mother stated, "when are you going to learn". Do not be nice to everyone. But I could not change who I was HELP PEOPLE no matter what. GOD word & ONLY way. My judgement of people was way off. I lost Alot money through lending them money. & Trust. My moto was my word is my bond. People had really let me down Time & Time again. After my road show touring

(9)

nationwide Failed again. I had
to do something new to make
money. I then ventured into
College ranks & wanted to teach
College Coach Soccer division
1,2,3, NAIA & Jr College. I had
24 yrs of experience playing
Semi Pro & Professional Soccer in
North Carolina & So Florida. I had
the ability to recruit & be
Successful & deliver a national
title within a 3yr Period. The
Problem I lacked a 4yr degree.
I only had a 3yr College education.
I needed a masters degree. 4,000
Colleges around Country except
B.U. in Mass. You needed a degree.
You have to have either a master
or Doctrain Degree. I did not
have neither. I went ahead &
Applied to 50 Colleges & the response
was overly the same. They expressed
interest, but one requirement you
needed to be met in order to proceed
further.
I was then reconnected with my college
& High school Friends. They were all
Judicial, FBI agent, Secret Service, State & local
police in Florida. I wanted to become

(10)

can undercover law enforcement.
They all use to come to our club
to celebrate events, I wanted to
become a part u help assist in crime.
But they informed me I could not
become part of law enforcement do
to, I had a petty past criminal
record.

(16)

I Also have relatives Miami Federal Judge PHILLIP Bloom. He passed away 2yrs ago. Congress Women Elaine Bloom, of Fla.

One thing I am greatful for is my Long time relations Judical, Law Enforcement. From ICE, FBI, STATE & LOCAL Police. I love assisting & appreciate them. Forever great ful keeping everyone safe. I then met a guy kevin Machado in Racetrack Gas Stationin Miami Gardens, Fla. We had a lot in common. We attended the same high School. kevin worked at Papa JOHN'S. He worked in Sunny Isles Bch, Fla. IT WAS PARADISE He Had graduated top honors from FAU (FLA ATLANTIC UNIV.) He was a

(12)

-top school teacher. He wanted
to work a safe job with no
stress & not deal with lesson
Planning. He told myself, he
had made fantastic money. I
then applied. He helped forwarded
my application. I was hired.
I never thought to work a job
to deliver pizza. It was the
Job you do struggling to Pay
for college, at age 21, 22, 23.
As happy as I was working.
I was able also deeply
depressed. I was lost at age
28 like I was in my 50's. All of
my Friends were very successful
with big houses, kids, Degrees,
Own businesses, Professionals,
No Criminal records, not even a
parking ticket. It was eating
away at myself & fear of failure.
I had to live up to a great
man my grandfather on my
father side. He was the great
Coll. Balazar Sayoc. of Philippines.
He was the one who refused to
Join Socialist Communist Party
Marcos Regime. He came from
Philippine mountains. with Freedom

(13)

fighters gorillas to liberate & Free Philippine People. He rebuilt hospitals & he was a world Famous Plastic Surgeon. He was the First Plastic Surgeon to be Observed in N.Y. City Hospital by 8 million people to Convert Oriental eye & reshape the American Eye. All of his instruments are patent & used by top Plastic Surgeons worldwide. All male Saxos males live in Dangerous levels Deep Depression. When you go thruch life as a loner & depressed. You have to Treat & be willing to Submit to stant process of healing & release past supressed build up tragedy & Anger. It will eat away at you left unTreated medical problems. The worst Thing can happen to yourself. Politics. It is something I wished I had never come along into my life.

See you can't understand it until you become that person. Politics is dirty, ruthless, deadly, I have never in my life ventured into Politics. I did not know the difference from Democrats, Republicans, independents, Green Party etc. I am very

(4)

Neive & impressionable, I had no Clue what was Going to happen, All I Knew was Politics is very dangerous, I wish Almighty God, I had never ventured. I never had anything to do with again, ever. IT IS A Poison, IT will drive you crazy like IT or not. Once you get caught up, you can't get out. All I Knew about Politics was taxes were high, taxes were low, Economy was Good or bad. Whoever was President recieved the blame. The worst Thing happened, I was no longer part of a team touring the country. All of my buddies had relocated to other parts of country. Every person I met tried to use myself. So I secluded myself from everyone. I didn't even know about social media, TV, facebook or twitter. They are weapons that Twist & destroy minds Fast. They are real weapons of mass destruction.

I was viewing my phone & Facebook of Donald J. Trump popped up & they showed his Cabinet. Then after a dinner event Obama

Roast + Several Elite People verbally
roasted Donald J. Trump. The
very next day Donald Trump decides
to Run for President. As Next Time after
I saw a Rally AD Advertised in
West Palm Bch, Fla, Fairgrounds.
So I donated $100.00 received my
Confirmation For Rally & 3 Trump
stickers. See I didn't Know about
Trump the Political guy, I knew
of Donald Trump The Playboy, WWF,
USFL with Hershall Walker the greatest
runner ever, The apprentice, big
properties, All of His Clothing line &
suits. Etc. Everyone wanted a successful
Roll model, that did ITALI, He went from
$52 million in hole to worth over 10 Billion
dollars. He helped everyone Black Builders, to
Casino's, Everyone wanted to Follow
Trump before he ran for Presidency
The First Thing you here entering
Trump Rally is we are not going
to take it anymore, the ~~forgotten~~
forgotten ones, etc. You met people
from all walks life, creed, color etc.
It was Fun it became like a new
Found drug, I was naive & Cling
to this new drug rally, Everything
that happened to myself from

His CD's Donald Trump I was Forever
greatful For Trump I didn't know
him, but his CD's SELF Help tapes
that saved myself reprograming my mind,
When I was Molested bye a Priest,
Bullied, People rubbing me, to take
advantageous All starting to me to
ahead & rash of supressed anger growing.
You were no longer a loner & becoming
part of something, if you
weren't at a Rally, it was all over
sociol media, T.V, Radio, Facebook,
Twitter I twas political war between
the right + Left. Facebook, Twitter
social media became like a video
Game, Someone would send an attack
Text & Then you would Text back.
It was the most craziest political
election. I was getting so wrapped
up in this new found fun crazy,
I had attended a rally in Miami,
FLA, FT Laudendale, FLA & chicago,
ILL. I was Attacked by leftist
fanatics Democrats encouraged
by leadership. I Later found out
from TV social media George Soros,
Hillary Clinton, BARRACK OBAMA &
others took out ads on Craigs
List Paying Upwards of $1,500.00

(7)

to radical left wing Organizations
to ATTACK Conservatives & Trump
Supporters in public & SHUT Down
RAlly's. The democratic leadership
tried to blame Bernie Sanders.
Among them was ANTIFA, Democrat
Socialist, etc. They were extremely
violent, throwing Bottles, Rocks,
swinging Bats, even throwing
molotov cocotails. I arrived
Back To So FLA From Chicago,
ILL mayor Emanuel Had Police
on Stand down order.
The leftist leadership encouraged
their followers violence $18,000.00
worth of damage to my Van.
my Van was covered with stickers
Stickers Supporting Trump.
I LAUGHed at First, IT WAS
ridiculous How people were reacting
g violence on Both Sides. I had
reported 6 police reports. The
level of damage ranged From
windows, tires, slashed, doors
totally destroyed & totALY Breaking
my property & stolen. Then President
Trump wins white house, I go
to inagration in Washington, D.C.
more attacks became frequently.

(18)

I was Attacked on train Back from inagration to maryland where I Stayed in a hotel. everywhere I drove I was met with fierce resistance. The more it happened the stronger my resolve come to Continue to advertise President Trump message to make America Great & Safe again. I then had Plans on returning to Brevard College, N.C. to Complete my B.A. degree. I carefully planned my Completion of my B.A. Degree. I moved to Asheville, N.C. In March 2017 to work For Pizza Hut & Attend school In Brevard, N.C. I had worked Tirelessly for Years to complete my degree. I had left 3 Years of college degree uncompleted from 1984. It is my life long dream to Finally complete my 4 yr degree. My finances were short. I was working for Pizza Hut. I was Attacked

(19)

by leftist radical groups & violence
grew. The radical liberal leftist Democratic
leadership was encouraging ther followers
to carry out violence. The leftist leader-
ship on many video's. From Eric Holder new
democratic party kick & attack them,
Joe Biden take them out back & attack &
punch them, maxim waters get in Trump
Supporters face chase them & attack &
push back on them. You are not wanted
here, Cory Booker dont just go home go
to Hill & get in Trump Supporters &
Congress face, Camalia Harris, Barrack Obam,
John Brenan, James Clapper, Hillary Clinton,
Tom Steyer & CNN. Their false narrative
divided the country & not reporting the
facts & real news. The media false narrative
divided the right from the left & encourage
violence seen across the country daily &
nightly. It was so bad the leftist followers
had cut my Fuel lines & Battery Straps,
that grounded my battery. My mechanic
from Ashville, N.C. had informed myself,
"that if the liberal left followers had
disconnected the right wires. I would
not be here today." They also punctured
my coolant lines, which caused my
engine & head gaskets to crack. I had to
replace my engine & rent a car. I had to

(20)

pay the bill with my college money, I had saved for over 10 yrs 2 wks prior to the liberal left had blown up a Republican Headquarters in Asheville, N.C. I almost went to visit. It had begun to snow 6. The weather was so bad for 4 wks. I could not work due to the snow & bad weather. I returned back to So Fla to work at Papa Johns. The founder John Shnider had stated a racist comment concerning Kolen Kaperdam & NFL Kneeling. The Papa Johns Founder had caused our drivers to be executed in Harlem, N.Y, 3 in NoMia Bch, Fla, 2 in Hollywood, Fla, 3 in West Palm Bch, Fla. I also became a target many times. I felt my life was in danger. I had to work delivering Pizza to no go zone areas, such as Liberia, Hollywood, Fla 3 murders a month, Foster rd Hallandale Bch, Fla 7 murders a month, West Park, Hollywood, Fla 2 murders a month. There were constant attacks From leftist leaders Followers daily. The attacks were so vicious a 15 yr old kid pulled out a gun on myself. I walked away. I delivered Pizza for Pizza Hut. The leftist went as far as emailing my boss trying to have me fired with false Allocations. My bosses had to

(21)

investigate the facts. The attacks
continued day after day on into midterm
Elections, as social media, Fox, CNN, NBC,
CBS, ABC, MSNBC, Facebook, Twitter, propaganda
political messaging & leaders leftist encourage-
ment promoting violence continued Conspiracy,
false information. Attacks did not stop.
The idea first was how to tone down the
liberal left violence platform. It was a
crazy political time ever witnessed in
American history. The violence propaganda
was so intense there was no escaping
political politics. It was so bad, I had
Friends that disassociated with myself.
~~~~~~~~~~~~~~~~~~~~~~~~~~~
No matter, they never before in my past ever
was political. No matter where you went.
You cling to it like a drug attic ~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~
I was the most scared time in my life.
Weather a drug or ideology, it is something.
Plus I was using heavy amounts of steroids,
2-4 different supplements vitamins & GHB etc
All I have to say is now & non of my friend
wanted to help me with this addition. ~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~

(22)

April 24, 2017 people had analysed myself. I could not believe it was myself. I had never ever seen myself react that way before to anything & not being able to pull myself back. I went from a beautiful life, cars, women, big houses, success moderate thinking. I was not far right, not far left. Politics is a very scary dangerous Ideology for a person of my nature, that never knew anything about politics before. I was not able to pull myself back from this sickness I had & needed help. I have never cared for or ever will again. I was not in right state of mind at all when this occured. I can not say enough how remorseful with all my heart sorrow over & over again. Your honor I have learned a very valuable awaking lesson, I will never be apart of

53.

again any politics. Especially at
my age 57. I was 10 yrs away
from retirement. I had a perfect
life. I had 3 bills, one was credit
card bill, a cel phone bill, car insurance.
I had a perfect job $1,000.00 a
week, 30 minutes on the beach
every day & train at L.A. Fitness
gym 2 times daily. My Friend &
Business partner were just getting
a business of Food & Recycling
Plastic company started. We
were partners with U.S. Govern
ment. I was to busy & Politics had
no room in my life.
I lost everything from this Politica
nightmare devices. I lost over
$120,000.00 & my credit was
destroyed. I am a Sincere, emotional,
Good hearted, workaholic, caring,
loving human being with endless
potential. I am & always the one to
preach to everyone to stay out
of trouble & walk a straight line.
I have constantly educated the
youth about staying out of
trouble & out of the system.
Emotional Good hearted, It can

(24)

happen to anyone there is no
pregitis. When you have a mental
problems, neive, impressionable
weakness & a loner. You watch Politics
on both sides Right & Left. You
cling to it worse than a drug.
Politics you play with your life
& freedoms. I want to appologise
with my entire self, heart,
sympathy remorse without
excuses to all the victims, you
your honer, prosecutors, FBI
police & all America. I will
never again ever venture into
ever again Politics. The is so
wonderful I made a mistake in
forever deep remorse overly emotional.
Life is so wonderful. You have
to appreciate the simple things
every second, every minute
everyone whoever comes into
your life from all walks of life.
I am not the same person
I was at time of this nightmare
happened in October 2018. I have
changed in a very positive way
God His Guiding me into the light
of change & Forgiveness. release past hurts.

(25)

I admit mistakes as a human being & have learned to release demon from past hurts from others onto myself. To live as God does forgive my enemies. I will do whatever you ask Your honor to make up for my error. I am a very good person to everyone. I lost my head, Steriods altered my growing anger. I made a bad choice taking them to help enhance clevul work. I lost control of myself & mental state from them. I am a very nieve, Ampressionable, stupid & clinged to ideology, I had no idea how to grab a hold of myself. I will close this! Those who want to hurt you, don't win. And those who you hurt back & then you destroy yourself. Your honor Judge Jed S. Rakoff Sir. I ask for another chance. I will like the opportunity to keep doing positive things for my family & the community & to my family. I have some goal I vow to accomplish, if I get the opportunity once again to be a preductive member of the community. I would like to be a speaker to youth & other organizations. To denouce violence & alway to think before acting. You have my word. I have learned a very

(26)

Valuable lesson to always, stop, think, ask to put a stop to Anger & minds, thoughts of calm reaction & let go of negative emotions. I will make you very proud. Thank you for considering not giving me the fullest extend of punishment of my sentencing guide lines.

Sincerely:

Cesar Altieri Sayoc jr

CESAR ALTIERI SAYOC Jr.

#77781-104

MCC NEW YORK.

150 PARK ROW.

NEW YORK, N.Y. 10007

-- Your honor I would also like to start a non profit organization for loners & hurt people. So people will not learn & go down the same path that I did. I I can change so many lives through touring throughout the US. There are alot lonely people, that feel helpless left back & cling to ideology. I would like to make a difference & change in the world. I want to make you proud & path to recovery, which already has begun. Thank you. Your honor.