```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/19

UNITED STATES OF AMERICA

    -against-

CESAR ALTIERI SAYOC,

    Defendant.

18-CR-820 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    The Court is in receipt of a third letter from Mr. Sayoc. At the request of the defense, because the letter contains some sensitive personal information, the copy to be filed to the public docket is slightly redacted. An unredacted copy will be filed under seal.

    In his letter, Mr. Sayoc asks that the Court order a psychiatric evaluation. The Court asked defense counsel for its views on that request, and the defense responded with a letter that will be docketed along with this Order. For the reasons set forth in that letter, the Court will not order a psychiatric evaluation of Mr. Sayoc at this time.

    SO ORDERED.

Dated:    New York, NY

           April 22, 2019

                                                                 JED S. RAKOFF, U.S.D.J.