2ND PART letter #3  (2x)  18cr820(JSR) 3-29-2019  (1)

US
v.
Sayoc

Your Honor Jed S. Rakoff:

I am taking full responsibility. I never want to make excuses for my actions. I am going to answer your question Your Honor. What would prevent these fireworks from exploding? They would not hurt anyone. The devices consisted of low level very small amount of Sparkler fireworks, lawn fruit Glass Powder fertilizer mix & Pool Shock. ~~There was no way for device to catch fire~~. From FBI Frensic Report. According to Frensic report by FBI. their saying the only way these devices could of have exploded was through direct contact with heat. Where these devices were sent that is a Hypothetical sceinario. Hypothetical is what if. Frensic is suppose to be exact Science. Situation (a what if)

②

there was heat none of them exploded. Because of improper connections on ~~pur~~ purpose. Frensic is suppose to be exact science. But they are applying Hypothetical situation (a what if).

Just like a doctors determines through test what is wrong with you. Just like all reciepts of the devices. There was no heat. IT IS none explosive device.

Hypothetical - an assumption where ever the devices ~~went was tempature controlled~~ It was in a mail truck, it did not explode. IT was ① outside in the mail, it did not explode. It was in P.O. Box, IT Did not explode. Plus the devices

③

Were sent in winter in October, 2018 it was very cold. Plus it was not connected correctly on purpose.
Hypothercall (is what if)
What type of heat does it have to in order to explode or to be desert heat, or Sahara heat.
Glass is also Powder Asbestos.

FBI SAID:
As Submitted Device would not have functioned as a result of its design. The fuzing system lacked the proper components & assembly to enable it to function as a method of initation for this device. I can't be determined if the non-functional fuzing system is a result of poor design or intent of the builder. According to the Frensic Experts the devices were inoperable, & could not have worked.
I take full responsibility for that. Although I could have handled the threats

(4)

that was happening to myself in a better way. But in my delusions. I felt that this was a way to get these people off my back. I have a world of respect for you Your Honor, for the Government, & my attorneys.

Sincerely,
Cesar Altieri Sayoc Jr.
CESAR ALTIERI SAYOC
17781-104
N.Y. MCC
150 Park Row
New York, NY
10007



From: Cesar A. Sayoc
17981-104
N.Y. MCC now
150 Park Row
New York, N.Y.
10007

Legal mail

To: Judge Jed S. Rakoff
U.S. Court House
500 Pearl Street
New York, N.Y.
10007-1312