UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA

     -against-                        18-cr-820 (JSR)

CESAR ALTIERI SAYOC,                  ORDER

     Defendant.
```

DOC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7-16-19

JED S. RAKOFF, U.S.D.J.

The Court is in receipt of an FBI Laboratory Explosive Device Report and an FBI Laboratory Explosive Chemistry Report, submitted by the Government yesterday, which will now be docketed.

SO ORDERED.

Dated:   New York, NY

         July 16, 2019                     _____
                                           JED S. RAKOFF, U.S.D.J.

1