```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/19
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    [~~PROPOSED~~] ORDER

           - v. -                 :    19 Cr. 492 (RA)

HARVEY JACKSON,                   :

                Defendant.        :

- - - - - - - - - - - - - - - - x
```

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Jun Xiang, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the Bronx County grand jury testimony listed below, and related files maintained by the Office of the District Attorney for Bronx County, to permit the United States Attorney's Office to review the grand jury testimony, and any other related documents,

IT IS HEREBY ORDERED that the Bronx County grand jury testimony relating to the arrest on or about April 12, 2019, of HARVEY JACKSON, the defendant, and all documents in the files maintained by the Office of the District Attorney for Bronx County relating to the arrest of JACKSON in the Bronx on or about April 12, 2019, be unsealed to permit the United States

Attorney's Office to review the contents of the testimony and other related materials.

Dated:   New York, New York
         July 14, 2019

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK