UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA |
| -against- |
| CESAR ALTIERI SAYOC, |
| Defendant. |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-16-19
```

18-cr-820 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

The Court is in receipt of Report by Dale Mann, submitted today by the defense, which will now be docketed.

SO ORDERED.

Dated:   New York, NY

   July 16, 2019

_____
JED S. RAKOFF, U.S.D.J.

1