# EXHIBIT K

July 6, 2019

Honorable Judge Jed S.Rakoff.

United States District Judge


Dear Sir,

I am writing this letter for the benefit and support of the defendant, Cesar Sayoc.

My name is Victor Cappillo and I'm currently retired. During my forty eight year tenure with Miami Dade Public Schools, (1964- 2012), my job responsibilities included teaching, coaching and athletic administration.

During the period of time between 1977 and 1980, I was Cesar Sayoc's Varsity Soccer Coach at North Miami Beach Senior High School.

As his coach, I observed and interacted with Cesar as he practiced to improve both his ball skills and physical endurance. With Cesar's perseverance and hard work, he became a highly skilled and a competitive High School soccer player. He demonstrated a love for the game and practiced good sportsmanship both on and off the playing field.

During his High School years, my opinion is that Cesar had dedicated himself to improve athletically so that he could contribute on the field of play and help our team reach their goals. As he matured, he earned a starting position and played within the rules of the game. If I recall correctly, after graduation he continued to play at the college level.

The last contact I had with Cesar was during the late 1990's when he visited my office to let me know that he was relocating back to the Miami area and was employed. At that time I observed that he had been working out and had changed his physical appearance to a more muscular look.

In closing, I don't condone what Cesar did, but respectfully request you show him some leniency. He was a good kid who grew up to be a good man. This one transgression shouldn't define his life.


Sincerely,

Victor Cappillo

Retired Soccer Coach and Athletic Director

# EXHIBIT L

PERMANENT ACADEMIC RECORD

MIAMI-DADE COMMUNITY COLLEGE, MIAMI, FLORIDA

03/17/62   MALE

| COURSE | TITLE | | | | | |
|---|---|---|---|---|---|---|
| **(80-1) (BREVARD COLLEGE INCI)** | | | | | | |
| ACTIVITYG | PED1 | FALL TERM 1980-81 | | | | |
| | | VARSITY SOCCER | | | | |
| COM1DG | STD1203 | STUDY SKILLS | | | | |
| | | ORIENTATION | | | | |
| HIST101 | SS1 | WESTERN CIVILIZATION | | | | |
| HUM101 | HM1 | LIFE & CULTURE | | | | |
| MATH09 | MAT1099 | PREPARATORY MATH | | | | |
| PHIL101 | PHI1100 | LOGICAL REASONING | | | | |
| PSYC101 | SS1 | PERSONAL DEVELOPMENT | | | | |
| TERM TOTAL: SEM CR ATT   13.0   CR EARN | | | | | | |
| CRD POINTS   28.2   TERM GPA   2.1_ | | | | | | |
| **(80-2) (BREVARD COLLEGE INCI)** | | | | | | |
| | | WINTER TERM 1980-81 | | | | |
| ENGL1002 | EN01 | BASIC GRAMMAR | | | | |
| HIST102 | SS1 | WESTERN CIVILIZA. | | | | |
| MATH100 | MAT1002 | INTERMED ALGEBRA | | | | |
| POLSC202 | SS1120 | INTRO POL SCI | | | | |
| PSYC2012 | PSY112 | DEV PSYCH | | | | |
| TERM TOTAL: SEM CR ATT   12.0   CR EARN | | | | | | |
| CRD POINTS   31.1   TERM GPA   1.7_ | | | | | | |

---

SA7OC CESAR ALTIERI

| COURSE | TITLE | | | | | |
|---|---|---|---|---|---|---|
| **(81-1) (BREVARD COLLEGE INCI)** | | | | | | |
| ACTIVITYG | PED3 | FALL TERM 1981-82 | | | | |
| | | VARSITY SOCCER | | | | |
| | PE02 | SOCCER IC & COMP | | | | |
| ENGL131 | EN1131 | WEST CIVILIZA | | | | |
| HIST101 | SS1 | WESTERN CIVILIZA | | | | |
| POLSC2020 | SS1120 | INTRO POL SCI | | | | |
| PSYCH2890 | 6504 | PER COUNSELING | | | | |
| | GMC3 | ART WORKSHOP | | | | |
| TERM TOTAL: SEM CR ATT   16.0   CR EARN | | | | | | |
| CRD POINTS   34.0   TERM GPA   2.13 | | | | | | |
| **(81-2)-1 (BREVARD COLLEGE INCI)** | | | | | | |
| MINI TERM (81-2)-1/05/18/82-04/28/82)MDCC | | | | | | |
| ENG1131 | | COMMUNICATIONS | | | | |
| TERM TOTAL: SEM CR ATT   3.0   CR EARN | | | | | | |
| CRD POINTS   9.0   TERM GPA   3.0 | | | | | | |
| SPRG TERM (81-3)-1(05/1C/82-06/17/82)MDCC | | | | | | |
| EEC2202 1 | | PRG DEVERLY CHLD ED | | | | |
| TERM TOTAL: SEM CR ATT   3.0   CR EARN | | | | | | |
| CRD POINTS   6.0   TERM GPA   2.00 | | | | | | |

THIS RECORD IS NOT VALID UNLESS SIGNED BY THE REGISTRAR. RELEASED TO THIRD PARTY WITHOUT THE STUDENT'S PERMISSION.

# EXHIBIT M

May 20, 2019

Honorable Judge Jed S. Rakoff
United States District Judge

My name is Patricia Bonire and I am the
aunt of Cesar Sayoc. My brother John, has
been married to Cesar's mom, Madeline, for
44 years. I have known Cesar and his two
sisters since that time. My brother grew up the
children because their father abandoned
them. He treated them as his children and
always did the best to his ability in growing
them up and guiding them.

We always shared the holidays together, with
my sister and her family. Unfortunately, she
has passed. Cesar was always been polite. He
had a love for the sport of soccer, which
we attended his games in school. When he
drove, he would visit us. We would see
him at the gym we attended and was very
loving. He always took a lot of pride
to look physically fit. He had a love for
animals and had two dogs he adored.

As he grew up, he wanted to be a success in
life and worked very hard no matter what

he did. As he grew older, we would not see him that much because, at times, he worked out of state. But when I did see him, he was the same kind and caring person.

He acknowledges his mistake and would never hurt anyone in my opinion. I know being incarcerated has made him realize his improper actions and wants to change his life and try to help others.

His family loves him very much and is very concerned.

Sincerely,

Patricia Bonvie

# EXHIBIT N

To whom it may concern:

My name is Theresa Sharp and I am Cesar Sayoc's aunt.
I am a Realtor in South Florida and I have known Cesar all his life.
I haven't seen or heard from him in many years, but about ten years ago, he purchased a home from me in Fort Lauderdale and we were talking very frequently then.  I travel a lot so I didn't see him much.  My family would tell me he showed up for some holidays but that's it.

He was always very polite and loving with me and was very happy then.  He had a girlfriend and was pretty happy.  He never spoke politics or anything out of the ordinary.  Always reminiscing about the family and how he had so much fun.

I cannot imagine him to do this and I'm sure he is hurting and is extremely sorry for all of the suffering he caused his family and others.  I never thought Cesar ever had a bad streak in him. He was always so loving and thoughtful. He loved his family and Im sure he still does and is very very sad.

Im sure that he realizes his mistake, and will be, I'm sure committed to a complete change after when this is all over.

Sincerely
Theresa Sharp

# EXHIBIT O

Mrs. Yvette Ciliberti
███████████████

June 28, 2019

Honorable Judge Rakoff:

Re: My relationship with the Family of Caesar Sayoc and with Caesar Sayoc for your review and consideration

My name is Yvette Ciliberti, now retired from my own diamond business, and I am writing you about Caesar Sayoc and my long standing friendship with his family dating back to 1959 when I came here from France and continuing in the present. I first met both his grandfather and grandmother and his mother, Mr. & Mrs. Sal Altieri and Madeline Altieri (then single), respectively, in Brooklyn, New York, in the year 1960. I came to Florida in 1971. My son was 9 years old.

Later, in the year 1964, we were re-united as a family and the Altieris became surrogate grandparents to my young son, Eric, aged two (2). Our families were growing, Madeline now had her son Caesar of the same age, two (2), and Caesar and Eric were always playing together over the years. Our Sundays were primarily spent at the Altieris and now, with Madeline and her little boy Caesar, and his aunt Theresa. The boys always played together, but unfortunately Caesar's father left for the Philippines, promised he would return, but never returned. This was hard for Caesar, who waited and waited, and waited!

In 1971, I came to Florida. My son (and Caesar) was 9 years old. Caeser was here and the boys were always playing together. Later, as the boys grew into adults, my son left for medical school, and Caesar attended St. Nicolas School. Caesar was living at home and also with his grandparents and I saw him when he lived with his grandparents. As well, he visited me with his grandparents in my business in Miami Florida. It was not easy for Caesar, who was still waiting for his father to return, I am sure. Still, most of my Sundays were spent visiting with the Altieri family, my family away from home.

Sadly, the Altieris passed, but I was in regular contact with Caesar's mother, Madeline, and her sister Theresa. In fact, I am still in contact on a regular basis. Madeline is in frequent communication now with her son Caesar and hopes that he can straighten out and go ahead with his life positively. She is there to give him the support he is asking for.

Eric, my son, and I were very saddened to learn of the present situation Caesar is in. And yes, we do know from his mother Madeline, that Caesar is sorry and wants to change. He realizes he needs to be given the opportunity to do so. Above all, my son and I are aware that his father's leaving and never returning has hurt Caesar terribly.

I hope it helps to let you know Caesar grew up in a caring and close family and I am fortunate to be a part of the family as well.

Thank you for your time and consideration.

Sincerely,

Yvette Ciliberti,
YC. 6/28/19

# EXHIBIT P

April 4, 2019

To: Honorable Judge Jed S. Rakoff
      United States District Judge

This serves as a brief introduction and synopsis of myself knowing Cesar Sayoc.

My name is Joanne Marrazzo and I am Cesar Sayoc's second cousin, as his mother Madeline Giardiello is my first cousin. I know Cesar since he was born. I am retired from an assistant executive director position for a non-profit educational organization.

The last time I saw Cesar was approximately three years ago when I retired. He was kind enough to help me pack up the office for a move we were making. I have not been in contact with him since that time.

Cesar was a big part of our children's lives with parties that we had throughout the years. He was my Mickey Mouse in full costume for parties and was always loving and caring with the children. He also had some holidays with us and we always enjoyed him being in our home.

Going further back prior to my marriage, I was always with Cesar and his siblings going on outings to fun places. He was always well behaved and a pleasure to be with.

I will end this letter with we were all in complete shock and total upset when we heard this terrible news. I am sure that he realizes what a terrible mistake he committed and I am positive, knowing him, how remorseful he is.

Thank you for accepting my letter of support.

Joanne Marrazzo