# EXHIBIT U









