

# EXHIBIT V

# Examples of Stories Mr. Sayoc Received Through Social Media













**The Angry Patriot** — February 22

Where are the headlines?



LOUDERWITHCROWDER.COM
HATE CRIME: Conservative Student Viciously Attacked by Liberal. Um Media?

**Mad World News** — August 26, 2016

Using the same tired Democrat talking points, Hillary Clinton claims that Donald Trump is a racist who is supported by Nazis and the KKK. She doubled down on this message yesterday, saying Trump has hijacked the Republican Party and his supporters are all racists, but now, explosive information has been uncovered, exposing Hillary's KKK ties. There's plenty she's been hiding, hoping no one would ever know.

http://madworldnews.com/hillary-kkk-ties-exposed/



MADWORLDNEWS.COM
VIDEO: Hillary's Deep KKK Ties Exposed, Here's What She's Been Hiding

**The Angry Patriot** — March 13, 2016

REVEALED: I just learned the REAL identity of the man who attacked Donald J. Trump at his rally yesterday.

Now it all makes sense!



ANGRYPATRIOTMOVEMENT.COM
REVEALED: Here's the REAL Identity of the Insane Liberal Who Attacked Trump

**Operation Make America Great Again** — August 25, 2016

Hillary KKKlinton loves her some Margaret Sanger, known hater of African Americans and KKK supporter..Please share..
#HILLARYKKKLINTON
https://youtu.be/dBFEyN0sAqQ



YOUTUBE.COM
Hillary Clinton honors Margaret Sanger
Knowing who Margaret Sanger was, and what her true beliefs were


**American Action News**
April 26, 2016

Who does the KKK support? You might be surprised.



AMERICANACTIONNEWS.COM
**[VIDEO] How the KKK is Helping Hillary | American Action News**


**The Angry Patriot**
March 23, 2017

A new report just revealed that the NYPD broke its silence to reveal a nasty sex crime that was committed by none other than Hillary Clinton!

She is disgusting and should be in jail!



ANGRYPATRIOTMOVEMENT.COM
**BREAKING: NYPD Breaks Silence, Reveals Sick Sex Crime Committed by Hillary Clinton**


**Mad World News**
November 20, 2016

Sick information is coming to light involving Hillary Clinton's inner circle and a known child sex ring. Investigators uncovered a direct connection between a Washington, D.C. pizza place called "Comet Ping Pong Pizza" that is running a deep pedophilia ring, servicing elite clientele. This is extremely disturbing and the disgusting facts prove these evil insiders must be exposed and stopped once and for all.

http://madworldnews.com/hillary-democrats-child-sex-ring/



MADWORLDNEWS.COM
**Hillary & Elite Democrats EXPOSED: New Details On Child Sex Ring Cover-Up**


**Mad World News**
November 5, 2017

Donna Brazile, the former Democratic National Committee Chairman, just dropped a bombshell about the former failed presidential candidate, Hillary Clinton. Brazile, who confessed to slipping Hillary the debate questions, admits to "shutting her blinds so snipers could not see her," after she learned of an unsolved murder, implicating Clinton's "secret role." Brazile said she "fears for her life," and she knew the best way to stay alive was to go public. You don't want to miss this.



MADWORLDNEWS.COM
**Brazile Bombshell: 'I Fear For My Life' After Outing Hillary's 'Secret Role' In Murder**


EXHIBIT W

# A Selection of President Trump's Tweets Regarding the Recipients of Mr. Sayoc's Mailings

### Joe Biden

*Tweet on Joe Biden, March 22, 2018[i]*



### James Clapper

*Tweet on James Clapper, April 28, 2018[ii]*



*Tweet on James Clapper, May 24, 2018[iii]*



### John Brennan

*Tweet on John Brennan, May 21, 2018[iv]*



*Tweet on John Brennan, August 18, 2018[v]*



### Hillary Clinton

*Tweet on Hillary Clinton, January 29, 2016[vi]*










*Tweet on Hillary Clinton, March 22, 2016*[vii]




*Tweet on Hillary Clinton, May 6, 2016*[viii]




*Tweet on Hillary Clinton, June 21, 2016*[ix]




*Tweet on Hillary Clinton, June 28, 2016*[x]




*Tweet on Hillary Clinton, July 28, 2016*[xi]




*Tweet on Hillary Clinton, July 28, 2016*[xii]




*Tweet on Hillary Clinton, October 15, 2016[xiii]*



## Robert De Niro

*Tweets on Robert De Niro, June 13, 2018[xiv]*



## Kamala Harris

*White House Tweet on Kamala Harris, July 2, 2018[xv]*





## **Barack Obama**

*Tweet on Barack Obama, August 6, 2012[xvi]*



*Tweet on Barack Obama, September 19, 2014[xvii]*



*Tweet on Barack Obama, October 9, 2014[xviii]*





*Tweet on Barack Obama, April 12, 2015[xix]*



*Tweet on Barack Obama, March 4, 2017[xx]*



*Tweet on Barack Obama, July 26, 2015[xxi]*



## George Soros

*Tweet on George Soros, October 5, 2018[xxii]*



## Tom Steyer

*Tweet on Tom Steyer, October 27, 2017[xxiii]*



## Debbie Wasserman-Schultz

*Tweet on Debbie Wasserman-Schultz, July 24, 2016[xxiv]*



## Maxine Waters

*Tweet on Maxine Waters, June 25, 2018[xxv]*



*Tweet on Maxine Waters, June 26, 2018[xxvi]*



[i] Donald J. Trump (@RealDonaldTrump), Twitter (Mar. 22, 2018, 3:19 AM) (available at https://twitter.com/realDonaldTrump/status/976765417908776963 (last visited Jul. 21, 2019)).

[ii] Donald J. Trump (@RealDonaldTrump), Twitter (Apr. 28, 2018, 5:58 AM) (available at https://twitter.com/realdonaldtrump/status/990213619190202369 (last visited Jul. 21, 2019)).

[iii] Donald J. Trump (@RealDonaldTrump), Twitter (May 24, 2018, 5:21 AM) (available at https://twitter.com/realdonaldtrump/status/999626347361206274 (last visited Jul. 21, 2019)).

[iv] Donald J. Trump (@RealDonaldTrump), Twitter (May 21, 2018, at 4:53 AM) (available at https://twitter.com/realdonaldtrump/status/998532136578748425 (last visited Jul. 21, 2019)).

[v] Donald J. Trump (@RealDonaldTrump), Twitter (Aug. 16, 2018, 6:49 PM) (available at https://twitter.com/realdonaldtrump/status/1030270284245467136 (last visited Jul. 21, 2019)).

[vi] Donald J. Trump (@RealDonaldTrump), Twitter (Jan. 29, 2016, 7:52 PM) (available at https://twitter.com/realdonaldtrump/status/693280682534137856) (last visited Jul. 21, 2019)).

[vii] Donald J. Trump (@RealDonaldTrump), Twitter (Mar. 22, 2016, 7:59 PM) (available at https://twitter.com/realdonaldtrump/status/712473816614772736 (last visited Jul. 21, 2019)).

[viii] Donald J. Trump (@RealDonaldTrump), Twitter (May 6, 2016, 3:14 AM) (available at https://twitter.com/realdonaldtrump/status/728528466765844480 (last visited Jul. 21, 2019)).

[ix] Donald J. Trump (@RealDonaldTrump), Twitter (Jun. 21, 2016, 10:19 AM) (available at https://twitter.com/realdonaldtrump/status/745305119256875008 (last visited Jul. 21, 2019)).

[x] Donald J. Trump (@RealDonaldTrump), Twitter (Jul. 28, 2016, 8:59 PM) (available at https://twitter.com/realdonaldtrump/status/758874457142284288 (last visited Jul. 21, 2019)).

[xi] Donald J. Trump (@RealDonaldTrump), Twitter (Jul. 28, 2016, 8:54 PM) (available at https://twitter.com/realdonaldtrump/status/758873275044798464) (last visited Jul. 21, 2019)).

[xii] Donald J. Trump (@RealDonaldTrump), Twitter (Jul. 28, 2016, 8:59 PM) (available at https://twitter.com/realdonaldtrump/status/758874457142284288 (last visited Jul. 21, 2019)).

[xiii] Donald J. Trump (@RealDonaldTrump), Twitter (Oct. 15, 2016, 5:23 AM) (available at https://twitter.com/realdonaldtrump/status/787267564405653505 (last visited Jul. 21, 2019)).

[xiv] Donald J. Trump (@RealDonaldTrump), Twitter (Jun. 13, 2018, 2:40 AM) (available at https://twitter.com/realDonaldTrump/status/1006833565022031873 (last visited Jul. 21, 2019)).

[xv] The White House (@WhiteHouse), Twitter (Jul/ 2, 2018, 1:33 PM) (available at https://twitter.com/WhiteHouse/status/1013883261150466048?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1013883261150466048&ref_url=https%3A%2F%2Fwww.newsweek.com%2Fwhite-house-twitter-kamala-harris-1005395 (last visited Jul. 21, 2019)).

[xvi] Donald J. Trump (@RealDonaldTrump), Twitter (Aug. 6, 2012, 1:23 PM) (available at https://twitter.com/realDonaldTrump/status/232572505238433794?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E232572505238433794&ref_url=http%3A%2F%2Fwww.trumptwitterarchive.com%2F (last visited Jul. 21, 2019)).

[xvii] Donald J. Trump (@RealDonaldTrump), Twitter (Sep. 19, 2014, 6:44 PM) (available at https://twitter.com/realDonaldTrump/status/513141602064543744 (last visited Jul. 21, 2019)).

[xviii] Donald J. Trump (@RealDonaldTrump), Twitter (Oct. 9, 2014, 1:49 PM) (available at https://twitter.com/realDonaldTrump/status/520315164235538433 (last visited Jul. 21, 2019)).

[xix] Donald J. Trump (@RealDonaldTrump), Twitter (Apr. 12, 2015, 7:37 AM) (available at https://twitter.com/realDonaldTrump/status/587263378076336130?s=19 (last visited Jul. 21, 2019)).

[xx] Donald J. Trump (@RealDonaldTrump), Twitter (Mar. 4, 2017, 3:35 AM) (available at https://twitter.com/realDonaldTrump/status/837989835818287106 (last visited Jul. 21, 2019)).

[xxi] Donald J. Trump (@RealDonaldTrump), Twitter (Jul. 26, 2015, 4:37 AM) (available at https://twitter.com/realDonaldTrump/status/625268583342456832 (last visited Jul. 21, 2019)).

[xxii] Donald J. Trump (@RealDonaldTrump), Twitter (Oct. 5, 2018, 6:03 AM) (available at https://twitter.com/realDonaldTrump/status/1048196883464818688 (last visited Jul. 21, 2019)).

[xxiii] Donald J. Trump (@RealDonaldTrump), Twitter (Oct. 27, 2017, 3:58 AM) (available at https://twitter.com/realDonaldTrump/status/923866515358789633 (last visited Jul. 21, 2019)).

[xxiv] Donald J. Trump (@RealDonaldTrump), Twitter (Jul. 24, 2016, 3:33 PM) (available at

https://twitter.com/realDonaldTrump/status/757343025983057922 (last visited Jul. 21, 2019)).

[xxv] Donald J. Trump (@RealDonaldTrump), Twitter (Jun. 25, 2018, 10:11 AM) (available at https://twitter.com/realDonaldTrump/status/1011295779422695424 (last visited Jul. 21, 2019)).

[xxvi] Donald J. Trump (@RealDonaldTrump), Twitter (Jun. 26, 2018, 5:36 AM) (available at https://twitter.com/realDonaldTrump/status/1011588967442022406 (last visited Jul. 21, 2019)).