

FD-302 (Rev. 5-8-10)

2660-NY-3005093-MM Serial 45

-1 of 3-

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  10/28/2018

On October 24, 2018, Mario Grondin (GRONDIN) (date of birth ▮▮▮▮; social security account number ▮▮▮▮▮▮) was interviewed at his residence at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ After being advised of the identity of the interviewing Special Agents and the nature of the interview, GRONDIN provided the following information:

Cesar Sayoc (SAYOC) and GRONDIN first met one another between 2006 and 2008 while working out at Gold's Gym formerly located at 1427 E Commercial Boulevard, Oakland Park, FL 3334. After Gold's Gym closed down, GRONDIN and SAYOC began working out at LA Fitness at 3825 N Federal Highway, Fort Lauderdale, FL 33308.

In 2009, SAYOC was in a relationship with a stripper of Hispanic heritage for approximately three (3) to four (4) months and during this period SAYOC was involved in a domestic incident with the stripper. In 2009, SAYOC was also terminated from employment at the Elbo Room at 241 S Fort Lauderdale Beach Boulevard, Fort Lauderdale, FL 33316 and resulted in SAYOC losing his home due to not being able to afford the monthly mortgage payments. After losing his home, SAYOC lived in his black Ford pickup truck.

In 2013, SAYOC was employed as security at King of Diamonds at 17800 Ipco Road, Miami, FL 33162. SAYOC worked at King of Diamonds for a short period due to low wages paid by management. SAYOC worked with GRONDIN and JIMMY (Last Name Unknown) at King of Diamonds, however, GRONDIN quit after working approximately three shifts due to low wages. GRONDIN provided JIMMY LNU's telephone number as (▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| Investigation on | 10/27/2018 at | Fort Lauderdale, Florida, United States (In Person) |
| File # | 2660-NY-3005093, 2660-NY-3005093-MM | Date drafted  10/27/2018 |
| by | ▮▮▮▮▮▮▮▮ | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

In 2013/14, SAYOC may have moved to North Carolina and GRONDIN did not have contact with SAYOC until approximately April 2018.

In approximately April 2018, SAYOC called GRONDIN to meet at the Boston Market at 1781 E Commercial Boulevard, Oakland Park, FL 3334. During the meeting, SAYOC inquired if GRONDIN could purchase Winstrol, Growth Hormones, and Testosterone. SAYOC explained to GRONDIN that SAYOC wanted to get in shape and start back working at a strip club as security. Approximately two weeks later, GRONDIN contacted SAYOC and they met back at Boston Market and GRONDIN sold SAYOC Winstrol, Growth Hormones, and Testosterone for the price of $1,650.00. GRONDIN stated SAYOC'S supply of male enhancing drugs would last approximately two (2) to three (3) months.

On June 21, 2018, SAYOC texted GRONDIN that he would be back "on Wednesday" and that he had had an "emergency." (NFI)

In approximately August 2018, GRONDIN contacted SAYOC and inquired if SAYOC needed to purchase another "box" of Winstrol, Growth Hormones, and Testosterone, however, SAYOC declined because SAYOC was in North Carolina (NFI). GRONDIN stated he purchased the Winstrol, Growth Hormones, and Testosterone on the local black market and used the term "box" as a code word to refer to steroids.

Previously SAYOC had not shown any interest in politics, but after re-initiating contact with GRONDIN approximately six months ago, SAYOC appeared very interested in politics, appearing particularly interested in President Trump. When GRONDIN met SAYOC at the Boston Market, he noted that SAYOC's white van was covered in political stickers. SAYOC was eager to make comments on politics. SAYOC then began sending GRONDIN numerous texts with political comments and links to political news articles at "all hours of the day." Eventually GRONDIN became very annoyed at the frequent texts, including ones sent in the middle of night, and he called SAYOC and left a voicemail telling him to cease sending texts and to only call him again if SAYOC wanted another "box" (steroids).

On October 22, 2018, SAYOC sent GRONDIN a text message with the the New York Times web-link of the bomb packages sent to George Soros' residence. SAYOC also sent GRONDIN other text messages regarding Democrat politicians. GRONDIN was last contacted by SAYOC via text message on October 22, 2018 at 5:46 PM with a Politico web-link pertaining to FL governor candidate Andrew Gillum. (See attached.)

GRONDIN did not believe SAYOC is mentally capable of orchestrating a complicated action of constructing bombs and mailing them to politicians. GRONDIN also believes SAYOC received assistance from someone because SAYOC is a very gentle and naive person and easily influenced. He did not believe that SAYOC owned any weapons nor that he had ever shown any interest in weapons or training, to include bombs. Based on their limited relationship, GRONDIN expressed surprise and shock that that SAYOC had sent the bombs. GRONDIN stated that SAYOC never visited his residence and has never met his wife. He never had anything sent to GRONDIN's house nor stored anything there.





