# Exhibit A





1








