# Exhibit B

A Sample of the Defendant's Internet Searches Found on the Defendant's Laptop.

| Approximate Date of Internet Search by Sayoc | Internet Search Terms |
|---|---|
| January 12, 2018 | tom steyer political |
| January 18, 2018 | cory booker |
| January 18, 2018 | MAXIM [sic] WATERS |
| January 19, 2018 | eric holder |
| February 9, 2018 | kamala harris |
| March 20, 2018 | john brennan |
| April 10, 2018 | robert de niro |
| April 16, 2018 | George soros |
| May 1, 2018 | list of house democrats |
| May 21, 2018 | james clapper |
| June 29, 2018 | kill maxim waters |
| September 18, 2018 | cnn building |
| September 18, 2018 | msnbc building |
| September 18, 2018 | george soros and family[1] |
| September 18, 2018 | hilary Clinton and family |
| September 18, 2018 | james clapper wife and kids |
| October 17, 2018 | BARACK OBAMA FAMILY |
| October 23, 2018 | DEBBIE WASSERMAN SCHULTZ FAMILY |
| October 23, 2018 | tom steyers mailing address |
| October 23, 2018 | CORY BOOKER family |
| October 23, 2018 | KAMALIA [sic] HARRIS family |

---

[1] At the time of the defendant's arrest, the first result for this search on Google images was the photograph that Sayoc affixed to the IED he mailed to Soros.

1

A Sample of the Defendant's Text Messages Found on the Defendant's Cellphone.

| Approximate Date of Text Message | Text of Message or Series of Messages[2] |
|---|---|
| September 17-18, 2016 (one recipient) | Defendant: Hopefully she'll die<br>Defendant: Lol |
| November 13, 2016 | Yep Soros at work like he did in Charlotte. Puttin Russia put wanted dead or alive bounty on Soros head |
| November 30, 2017 | Tom Steyer |
| March 23, 2018 | John o Brennan |
| April 12, 2018 | Death to all liberals https://www.researchgate.net/publication/313314127_Bloodied_Democracy_Duterte_and_the_Death_of_Liberal_Reformism_in_the_Philippines |
| May 10, 2018 | Camila [sic] Harris kill her |
| June 20, 2018 | Chris Coons Senator Delaware kill him |
| July 16, 2018 | Anderson Cooper kill him now |
| July 17, 2018 | That was Scalise shooting baseball game . It time to start executing democrats period. |
| July 20, 2018 | Jerrold Nadler democrat NY kill him |
| July 27, 2018 | Joe Crowley democrat kill him |
| August 27, 2018 | Viola Davis kill her congress |
| October 5, 2018 | Bob Mendez kill him |
| October 23, 2018 (18 recipients) | https://www.nytimes.com/2018/10/22/nyregion/george-soros-explosive-device.amp.html |

---

[2] Unless otherwise indicated, the text messages were sent by the defendant to himself as notes.

A Sample of the Defendant's Social Media Posts Found on His Social Media Accounts.

| Approximate Date of Post / Social Media Platform | Text of Post |
|---|---|
| April 1, 2016 (Facebook) | "GEORGE SLIME DAYS ARE NUMBERED SORROS" |
| April 5, 2016 (Facebook) | "Obama head need to be chopped off with both dead man walking Obama Muslim terrorist and George Slime Soros death to Obama , George Slime Soros . . ." |
| April 8, 2016 (Facebook) | "George dead man walking Soros" |
| April 15, 2016 (Facebook) | "Eric scum Holder death to him" |
| June 8, 2016 (Facebook) | "Hilary will tear apart the US terrorist will flow through America daily bombs . She has to die period not option" |
| June 9, 2016 (Facebook) | "The slime Hilary Clinton must be killed abolished crimes against humanity . Death to Hilary." |
| August 14, 2016 (Facebook) | "The media needs beat down and major reality check enough enough it time to seek destroy CNN insight violence and lying BS" |
| April 13, 2017 (Facebook) | "Death Death Death to all Clintons" |
| November 29, 2017 (Facebook) | "Your days are number Steyer…" |
| March 9, 2018 (Facebook) | On a photograph of George Soros with a backdrop of a cemetery, Sayoc posted the caption "He must die" |
| April 28, 2018 (Facebook) | On a photograph of Sayoc holding up a poster that says, among other things, "CNN Sucks," Sayoc posted the caption "We want their funded George Soros dead man walking . He will vanish and will see it happen" |
| June 13, 2018 (Facebook) | "Die and leave our land never come back . Your movies and stars suck . Di Niro will vanish soon." |
| June 27, 2018 (Twitter) | Sayoc posted a map of Maxine Waters' congressional district and two pictures of what appear to be Waters' home with the text "@maximewaters see you soon Maxim." |
| September 5, 2018 (Facebook) | "Death to Obama criminal Soros socialist paid puppet" |

3

A Sample of the Defendant's Google Searches.

| Approximate Date | Search Terms |
|---|---|
| December 23, 2017 | Address of nancy pelosi |
| December 23, 2017 | Address chuck schumer |
| December 23, 2017 | Address Maxine waters california |
| March 9, 2018 | George soros killed |
| March 9, 2018 | Kill George soros |
| March 9, 2018 | photo soros dead |
| March 18, 2018 | How do they make letter bomb |
| March 18, 2018 | What a letter bomb |
| April 9, 2018 | How to kill all democrats |
| April 12, 2018 | Killing George soros |
| April 12, 2018 | How to kill George soros |
| April 19, 2018 | Maxim waters ties funds George soros |
| April 20, 2018 | Anderson cooper cnn address |
| April 24, 2018 | judge in cohen case tied to soros |
| April 24, 2018 | Kill all socialist |
| May 17, 2018 | Maximwater [sic] home address 549 south Lucerne Blvd |
| June 15, 2018 | Address peter strzok fbi agent |
| June 27, 2018 | Cory booker home address in new jersey |
| June 29, 2018 | Kill Maxine waters |
| July 15, 2018 | Hilary Clinton home address |
| July 15, 2018 | George soros address home 136 cantitoe st katonah, ny |
| September 19, 2018 | george soros and family |

| | |
|---|---|
| September 26, 2018 | Kill George soros head off |
| September 26, 2018 | Address for senator chuck schumer |
| September 26, 2018 | Address for barack obama |
| September 26, 2018 | Michelle Obama mailing address |
| October 1, 2018 | Jeff flake home address in arizona |
| October 20, 2018 | Beto o'rourke address |
| October 20, 2018 | Alec Baldwin address |
| October 23, 2018 | Address morning joe msnbc new york |
| October 25, 2018 | tom steyers mailing address |