UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA           :

    - v. -                             :           S1 18 Cr. 820 (JSR)

CESAR SAYOC,                       :

        Defendant.             :
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 4/26/19

        Upon the request of defendant Cesar Sayoc, by his counsel Sarah Baumgartel, and with good cause shown it is hereby

        **ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center – New York, and the United States Marshal Service accept the following clothing for Mr. Sayoc, Register Number #17781-104, to wear for his appearance at his sentencing set for August 5, 2019 at 2:00 PM:

1. one suit jacket;
2. one pair of suit pants;
3. one button-down shirt;
4. one tie;
5. one pair of socks;
6. one pair of shoes;
7. one belt.

Dated: New York, New York
      July 25, 2019

                          SO ORDERED,

                          _____
                          HONORABLE JED S. RAKOFF
                          United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA          :

    - v. -                                          :           S1 18 Cr. 820 (JSR)

CESAR SAYOC,                                  :

        Defendant.                      :
------------------------------------------------------------x

## DEFENDANT'S MOTION FOR CLOTHING ORDER

                Federal Defenders of New York
                Attorney for Defendant
                **Cesar Sayoc**
                52 Duane Street, 10th Floor
                New York, New York 10007
                Tel.: 212-417-8733

                **Ian Marcus Amelkin, Esq.**
                **Sarah Baumgartel, Esq.**
                **Amy Gallicchio, Esq.**
                  Of Counsel

TO:  GEOFFREY BERMAN, ESQ.
       United States Attorney
       Southern District of New York
       One St. Andrew's Plaza
       New York, New York 10007
       Attn: **Sam Adelsberg / Jane Kim**
       **Emil J. Bove III / Jason Richman**
       Assistant United States Attorneys

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 25, 2019

**BY ECF**

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Cesar Sayoc**
   **S1 18 Cr. 820 (JSR)**

Dear Judge Rakoff:

On behalf of our client Cesar Sayoc, we respectfully request that the Court endorse the enclosed order directing that the Bureau of Prisons (Metropolitan Correctional Center) and the United States Marshal Service accept certain clothing for Mr. Sayoc, Register Number #17781-104, to wear for his appearance at his sentencing set for August 5, 2019 at 2:00 PM. We understand that an order is necessary for this clothing to be accepted, so that Mr. Sayoc may be properly attired for sentencing. Thank you for your consideration of this request.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
Tel: 212-417-8733

cc: All counsel (via ECF)