7-1 LIMS (Rev 10-2-17)

18 CR 820

UNCLASSIFIED



18 CR 820 (JSR) US v SAYOC

**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

To:  Joseph John Capaccio
     New York

Date: November 7, 2018

Case ID No.: NY-3005093

Lab No.: 2018-03241-3

Communication(s):   October 30, 2018

Agency Reference(s):

Subject(s):

Victim(s):

Discipline(s):   Explosives Chemistry

FBI Laboratory Evidence Designator(s):

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 34
DATE FILED: 7-16-19
```

**The following items associated with Device 5 (Waters package) were designated Laboratory Number 2018-03241 #1 under FBI Case NY-3005093:**

Item 3-1      Powder sample from Item 3 (1B23-E6259371)

Item 4-1-1    Powder sample from Item 4-1 (1B23-E6259371)

**The following items associated with Device 4 (Obama package) were designated Laboratory Number 2018-03241 #2 under FBI Case NY-3005093:**

Item 7-1      Powder sample from Item 7 (1B20-E5520897)

Item 8-1-1    Powder sample from Item 8-1 (1B20-E5520897)

**The following items associated with Device 1 (Soros package) were designated Laboratory Number 2018-03241 #3 under FBI Case NY-3005093:**

Item 10       Soil sample (1B4-E6261702)

Item 11       Soil sample (1B3-E6261701)

Item 12       Soil sample (1B5-E6261703)

Item 13-1     Powder sample from Item 13 (1B9-E6261718)

Item 14       Soil sample (1B8-E6261720)

Page 1 of 8

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| Item 16-1 | Powder sample from Item 16 (1B10-E6261707) |
| Item 17 | Powder sample (1B2-E6261700) |
| Item 28 | Tarp (1B6-E6261704) |

**The following items associated with Device 8 (Biden package) were designated Laboratory Number 2018-03241 #4 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 31-1 | Powder sample from Item 31 |
| Item 32-1-1 | Powder sample from Item 32-1 |

**The following items associated with Device 9 (2nd Biden package) were designated Laboratory Number 2018-03241 #5 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 35-1 | Powder sample from Item 35 |
| Item 36-1-1 | Powder sample from Item 36-1 |

**The following items associated with Device 3 (Brennan CNN/Time Warner package) were designated Laboratory Number 2018-03241 #6 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 38-1 | Powder sample from Item 38 (1B22-E6261698) |
| Item 88 | Powder sample (1B60-E6228494) |

**The following items associated with Device 10 (De Niro package) were designated Laboratory Number 2018-03241 #7 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 41-1 | Powder sample from Item 41 (1B28-E6261721) |
| Item 42-1-1 | Powder sample from Item 42-1 (1B28-E6261721) |

**The following items associated with Device 2 (Clinton package) were designated Laboratory Number 2018-03241 #8 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 45-1 | Powder sample from Item 45 (1B21-E6261697) |
| Item 46-1-1 | Powder sample from Item 46-1 (1B21-E6261697) |

**The following items associated with Device 7 (Holder package) were designated Laboratory Number 2018-03241 #9 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 52 | Powder sample from Item 47 (1B55-E652959) |
| Item 53 | Powder sample from Item 47 (1B56-E652958) |
| Item 54 | Debris (1B57-E652957) |

UNCLASSIFIED

**The following items associated with Device 11 (Booker package) were designated Laboratory Number 2018-03241 #10 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 55 | Powder sample from Item 58 (1B41-E6288505) |
| Item 56-1-1 | Powder sample from Item 56-1 (1B42-E652962) |

**The following items associated with Device 6 (2nd Waters package) were designated Laboratory Number 2018-03241 #11 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 60 | Powder sample (1B31-E5532635) |
| Item 61 | Powder sample (1B34-E5532638) |

**The following items associated with Device 12 (Clapper package) were designated Laboratory Number 2018-03241 #12 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 67-1 | Powder sample from Item 67 (1B62-E6228497) |
| Item 68-1-1 | Powder sample from 68-1 (1B62-E6228497) |

**The following items associated with Device 13 (Harris package) were designated Laboratory Number 2018-03241 #13 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 84 | Powder sample (1B72-E624036) |
| Item 85 | Powder sample (1B74-E624037) |

**The following items were received from the subject's van and designated Laboratory Number 2018-03241 #14 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 73 | Unused "TNT Blazing Rebel Fireworks" pyrotechnic (1B91-E637272) |
| Item 73-2 | Powder sample from Item 73 (1B91-E637272) |
| Item 73-3 | Fuse from Item 73 (1B91-E637272) |
| Item 74 | Unused "TNT Mr Crackle" pyrotechnic (1B92-E637273) |
| Item 74-2 | Powder sample from Item 74 (1B92-E637273) |
| Item 74-3 | Fuse from Item 74 (1B92-E637273) |

**The following items associated with Device 14 (Steyer package) were designated Laboratory Number 2018-03241 #15 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 80 | Powder sample (1B66-E5523922) |
| Item 81-1-1 | Powder sample removed from Item 81-1 (1B65-E5523921) |

Page 3 of 8

2018-03241-3

UNCLASSIFIED

**The following items associated with Device 15 (CNN package) were designated Laboratory Number 2018-03241 #17 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 95 | Powder sample (1B206-E6207201) |
| Item 96 | Powder sample (1B207-E6207202) |
| Item 97 | Powder sample (1B208-E6207203) |

**The following items associated with Device 16 (2nd Steyer package) were designated Laboratory Number 2018-03241 #18 under FBI Case NY-3005093:**

| | |
|---|---|
| Item 93-1-1 | Powder sample from Item 93-1 (1B259-E5523925) |
| Item 94 | Powder sample from Item 91 (1B260-E5523926) |

This report contains the results of the chemistry examinations performed by the Explosives Unit (EU) and the Scientific Analysis Unit (SAU).

**Results of Examination:**

Item 4-1-1, Item 8-1-1, Item 13-1, Item 32-1-1, Item 36-1-1, Item 42-1-1, Item 46-1-1, Item 56-1-1, Item 60, Item 68-1-1, Item 81-1-1, Item 84, Item 88, Item 93-1-1, and Item 95 were not energetic materials. The completed results of examinations for these items are the subject of a separate report by the Chemistry Unit (CU).

Item 10, Item 11, Item 12, Item 14, and Item 28 were not analyzed due to the presence of bulk material in Item 17.

Item 53 and Item 54 were not analyzed due to the presence of bulk material in Item 52.

Item 16-1 was identified as a mixture of the oxidizers potassium nitrate and potassium perchlorate, dolomite, and material consistent with quartz. Limited analyses were conducted on Item 16-1 due to small sample size and the presence of bulk material in Item 17.

Item 96 and Item 97 were analyzed collectively because they came from the same powder source.

Item 3-1, Item 7-1, Item 17, Item 31-1, Item 35-1, Item 38-1, Item 41-1, Item 45-1, Item 52, Item 55, Item 61, Item 67-1, Item 73-2, Item 74-2, Item 80, Item 85, Item 94, Item 96, and Item 97 were mixtures of grey powder, spheres, orange particles, and glass. The completed results of examinations of the orange particles and glass components are the subject of a separate report by the Trace Evidence Unit (TEU). The following table summarizes the results from examining the loose powder and spheres (all identifications unless noted otherwise):

| Item | Oxidizer(s) | Fuel(s) | Other Component(s) |
|---|---|---|---|
| 3-1 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate | Charcoal[1]<br>Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Aluminum Sulfate<br>Potassium Chloride<br>Potassium Magnesium Sulfate[1]<br>Urea |
| 7-1 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Charcoal[1]<br>Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Aluminum Sulfate<br>Calcium Carbonate<br>Urea |
| 17 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Charcoal[1]<br>Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Ammonium Phosphate<br>Potassium Magnesium Sulfate[1]<br>Urea |
| 31-1 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Potassium Chloride<br>Potassium Magnesium Sulfate[1]<br>Urea |
| 35-1 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Potassium Magnesium Sulfate[1]<br>Urea |
| 38-1 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Calcium Carbonate<br>Potassium Magnesium Sulfate[1]<br>Urea |
| 41-1 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Potassium Magnesium Sulfate[1]<br>Urea |
| 45-1 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Calcium Carbonate<br>Ammonium Phosphate<br>Potassium Magnesium Sulfate[1]<br>Urea |

| Item | Oxidizer(s) | Fuel(s) | Other Component(s) |
|---|---|---|---|
| 52 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Calcium Carbonate<br>Potassium Chloride<br>Potassium Magnesium Sulfate[1]<br>Urea |
| 55 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Calcium Carbonate<br>Potassium Chloride<br>Potassium Magnesium Sulfate[1]<br>Urea |
| 61 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Urea |
| 67-1 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Potassium Magnesium Sulfate[1]<br>Urea |
| 73-2 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate | Charcoal[1]<br>Magnalium<br>Sulfur | |
| 74-2 | Barium Chromate<br>Barium Sulfate<br>Copper Oxide<br>Potassium Perchlorate<br>Strontium Carbonate | Aluminum<br>Charcoal[1]<br>Magnalium<br>Sulfur | |
| 80 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Calcium Carbonate<br>Potassium Magnesium Sulfate[1]<br>Urea |
| 85 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Potassium Magnesium Sulfate[1]<br>Urea |

| Item | Oxidizer(s) | Fuel(s) | Other Component(s) |
|---|---|---|---|
| 94 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate<br>Potassium Perchlorate<br>Strontium Carbonate | Aluminum<br>Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Ammonium Phosphate<br>Dolomite<br>Urea |
| 96, 97 | Barium Nitrate<br>Copper Oxide<br>Potassium Nitrate | Magnalium<br>Sulfur | Cyanuric Acid[1], Trichloroisocyanuric Acid[1]<br>Ammonium Phosphate<br>Calcium Carbonate<br>Potassium Chloride<br>Potassium Magnesium Sulfate[1]<br>Urea |

1   Consistent with

The oxidizers and fuels listed in the table above are commonly utilized in low explosive pyrotechnic formulations. Magnalium is an aluminum and magnesium alloy. Upon direct exposure to a flame, one or more portions of Item 3-1, Item 7-1, Item 17, Item 31-1, Item 35-1, Item 38-1, Item 41-1, Item 45-1, Item 52, Item 55, Item 61, Item 67-1, Item 73-2, Item 74-2, Item 80, Item 85, Item 94, Item 96, and Item 97 reacted energetically.

The combination of cyanuric acid and trichloroisocyanuric acid is consistent with some commercially available pool shock formulations.

Possible fertilizer components listed in the table above include aluminum sulfate, ammonium phosphate, calcium carbonate, dolomite, potassium chloride, potassium nitrate, potassium magnesium sulfate, and urea.

The core powder removed from Item 73-3 and Item 74-3 contained a low explosive mixture of the oxidizer potassium perchlorate and material consistent with charcoal (fuel).

Minor components were also present in Item 3-1, Item 7-1, Item 16-1, Item 17, Item 31-1, Item 35-1, Item 38-1, Item 41-1, Item 45-1, Item 52, Item 55, Item 61, Item 67-1, Item 73-2, Item 74-2 Item 80, Item 85, Item 94, Item 96, and Item 97 but not identified.

The terminology "consistent with" does not imply an identification of a specific chemical or product. A substance, including explosives, is "consistent with" a material when the analytical data does not support the identification of a specific chemical or product, but does provide reliable information to include the substance within a class of materials. The phrase "consistent with" is also used when an appropriate reference material could not be obtained.

Two or more of the following techniques were used in the analysis of the items: visual and microscopic examinations, thermal susceptibility testing, infrared spectroscopy, X-ray

UNCLASSIFIED

powder diffraction, and scanning electron microscopy with energy dispersive X-ray spectroscopy.

**Remarks:**

    For questions about the content of this report, please contact Forensic Examiner Christine M. Marsh at (256)213-2270.

    For questions about the status of your submission, including any remaining forensic examinations and disposition of the evidence, please contact Kevin D. Finnerty at (703)632-7022.

    This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI files.

    The work described in this report was conducted at the Quantico Laboratory.

    Christine M. Marsh
Scientific Analysis Unit