From: Cesar Sayoc
#17781-104
New York M.C.C.
1-5 Park Row
New York, N.Y.
10007

Legal Mail

To: Judge Jed S. Rakoff U.S.C.
500 Pearl St.
New York, N.Y. 10007

NEW YORK NY 100
30 JUL 2019 PM 10 L

1000731315

USA v SAYOC    18cr820(JSR)   ①

To Judge Jed S. Rakoff:

Your honor, I have been unable to prepared for sentencing. Here is why? I helped in assissting Warden and BOP Bye informing the Warden Bye Email. My Counslor Mrs. Proto in Unit 7South MCC N.Y, became loud, 2 people overheard Conversation. I was being moved to another unit. They placed me in SHU for helping. I was only suppose to be in SHU for 1 day. It is now day 30 07/29/2019. They will not give you a pen to

write my letters to yourself and appologise letters to victims. They won't let you use phone so I can get my letters from friends to yourself or legal calls. In SHU they have kept me lock Down 24/7. It has taken my attorneys 3 days to see me. In last 4 wks I seen my attorney 5 mins. I am not prepared for sentencing do to BOP SHU circumstances, I have a perfect disiplinary record. I helped in a big way and are in SHU for no reason stopping me forom being

③

prepared. We need to move sentencing to when I am out of SHU Your Honor. They (SIS) BOP LT. Doctor says it is a threat assessment, which was suppose to be only 7 days. I helped them, 2 people ask me to live in another unit.

I was only suppose to be here 7 days
It is now day 30
07/29/2019
and I have not been able to get prepared.
I avoided Conflict
Doing right thing always. (SIS)
Lt. Doctor explained
I would only be in SHU for 7 days. It is now 30 days. I took her word for it and I am not able to see my attorney for last 4 wks and get all my legal work completed for

Sincerely;

Cesar A. Sayoc
#17781-104
MCC N.Y.
150 Park Row
New York, N.Y 10007

my attorney
Mrs. Sara Baumgartel
Federal Defenders of NY

④

Sentencing. Please Your Honor we need to change date. I had no idea I would be in SHU this Long 30 days. She told me 06/30/2019 Sunday I would only be in SHU For 7 days. I helped Lt. Doctor (sis) out, Warden and BOP and in SHU For nothing. We need to change Sentencing for when I get out of SHU. Aug 05, 2019 at 2:00 p.m the most important day of my Life. I am not prepared, because of BOP Lt. Doctor Delay (SIS), I have a perfect Clean unless record for over 9 months N.Y. MCC General Population. The assessment →

over →

should be over, 23 days ago.

I was on record setting pace over 62 programs in Education most ever here at MCC N.Y. Plus helping inmates go in right directions complete there GED's, + other inmates. I brought the theft of Programs in Education and in SHU for assessment. I have done very goods things at MCC N.Y. But being in SHU that should have ended 23 days ago. We need to change sentencing date for when I get out of SHU. Thank you, it is ridiculous I have Perfect record