UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA

      -against-                          18-cr-820 (JSR)

CESAR ALTIERI SAYOC,                     ORDER

      Defendant.
```

JED S. RAKOFF, U.S.D.J.

    The Court is in receipt of a letter from defendant Cesar Sayoc (which will be separately docketed), requesting that his sentencing be adjourned because he has allegedly been prevented from consulting with his attorneys in order to prepare. Earlier today, however, defense counsel (along with the Government) called to inform the Court that Sayoc no longer desires an adjournment, as his ability to meet with his attorneys has improved. Accordingly, defendant's request is denied as moot.

    SO ORDERED.

Dated:    New York, NY

          July 31, 2019                 JED S. RAKOFF, U.S.D.J.

1