

To: Judge Jed S. Rakoff:

Hello Sir: a world of respect always and always I wills have into the future. I want to wish you an amazing upcoming holiday. I am forever greatful for you sir, my amazing attorneys Sarah Baumgartel, Ian Marcus Amelkin, Amy Gallicchio and all The Federal Defenders. I have been very productive and at very at Peace with my past. I am forever in regret for my stupidity of my stupid crime. I never thought in million years Politics was so dangerous and people could get so out of themselves and attack me act they way they did with Politics. I never in my life see people flat out dislike a person or anyone who supported Donald Trump, as they did when I displayed Trump stickers on my Van. which I thought was funny at first and could not believe how people acted passionate about Politics and acted. So people that hated Trump. I did something so stupid and added more stickers on my Van. They got more upset when I laughed and continued to attack me more. It drove me to vote and interest about Politics except for when, I had to pay penalties for Obama Care. It was unfair many are exempt in Congress and the Senate. I have learned 100% to stay clear of toxic people and negative issues and situation especially Politics. Which I should never had been involved in. I never thought the name Trump on my Van would result in attacks on myself, the damage to my Van, Property and myself. At first it started as joking, because people were reacting to stickers on my Van. I never seen people to react attack me as they did. where I had to file police reports for over 4 years to detective Sanks at Hallandale Police in Hallandale Fla. Nothing was done and my stupidity preception my Steroid consumption and other substances. My Solution not thinking sending from my Chippendale Stage Skits from my male Dance Show a crude counterfeit, non Energenic, non toxic, non explosive Stage Props as stated in ESI Forensic Lab Report in Forsensics you have to be Exact Science. You can't be Hypotheical and you can not assume something. The Devices Stage Props were not

any form of a Explosive device, as it stated on the report the 16 Devices were not Explosive Devices. The media pushed the case into a Hollywood Production for ratings. and drove a false fairy tail narrative. At Best it was nothing more than a Crude Counterfeit at worse a threat. There was never any intent ever to harm anyone ever. It was for view only. I did not think I would ever get in trouble as I did for a Stage Prop from my Chippendale Male Dance Show Elliot Nest FBI Untouchable Stage Skit. I am very Pro Life and never in the history of my life all the money stolen from me, stolen property, Damage to my personal property and items clear to me under the worst circumstances. I would ever be hostile or put anyone in harms way ever. I would always take the high road and walk away. I am put my faith in Gods hands Roman Catholic and very Pro Life. It is not in me confrontation. I love all people even the ones who attack me. All it was to make people stop for view only at worse scare. my preception and solution was a wrong choice was beyond stupid and yes horrific. All I wanted was to stop hostility and toxic culture of Politics. I should have never been in the middle of the hostile environment. When I should have took the high road. It was beyond stupid not thinking, but never once to ever put anyone in harms way. I have learned every day was beyond wrong to even scare anyone and not think how people would precieve my stupid crime. The Stage Props from my Chippendale male Dance Show Crude Counterfeit own energenic would ever be precieved as it was the media Hollywood production they pushed. I am very disappointed in myself and not walk away from being in the middle of Politics of all things. I had never been before. My stupidity cost me a lot my years which are very valuable at age 56 when I was arrested in oct 2018 now 59. I have lose time from my family my love of my life mom, and get married have 2 kids and my ~~Grandparents~~ giving my mom grand kids 2 miracles to the world Vivida and Little Cesar. Plus I lost my jobs alot of money buy home and family, sisters. Plus my stupidity of my stupid crime. I shald never had been involved in Poisonious Politics. Never ever again ever to be near any crime not even a parking lot or spit on side walk. I am

completely accountable. I have learned beyond regret and so very sorry. I will do what I have to do and make up for my stupidity. Which I have shown from day 1 in jail. I have maintained a flawless disciplinary record. I am a roll model lead bye Example Inmate bye the FBI special selected to take classes. I have an outstanding work Job reports bye my bosses Lt. Watts, CO. mrs. Webb. I work from 6:30 a.m. to 8:30 p.m. 14 hours a day 7 days a week. The staff, Warden, asst Warden, Captain, Unit Managers, CO's and staff at USP Marion medium, Illinois rate and classify me as the hardest worker ever in the BOP. I am an orderly in the hall to clean collect trash throughout the compound, Sweep, dust sweep, mop the entire prison. I go over and above dusting cleaning construction clean up 70 years of dust very lazy workers all the years since Marion been open.

I have successfully flawlessly completed my (CMU) Communication monitoring Unit Program, which concludes Probation period ends on the big compound to see how we do December 11, 2021 in 49 days. Everyone is very impressed with my progress and work ethics. They can not figure out how I work hard only breakfast, lunch and dinner breaks. I work 14 hours straight a day and night. I have worked that way my entire life working hard. Weather I am paid $1.00 or $100,000.00 which I understand before I take the Job. I give my very best every second of every day. The inmates and workers in the midwest are the worst. They do not have any work morals or good work ethics. They are all amazed how hard I work clean everything efficiently for $5.40 a month. My reputation flawless work leave a lasting impression. As I told everyone here in Marion USP medium Illinois prison. I would leave them in a very shiny place. I also told them, I came to prison all staff preception bye my crime at Marion, Ill when I first arrived. As I told the staff before I leave. I will leave them in a better place. Everyone from the warden, my bosses Lts Watts, CO. mrs. Webb, Asst. Warden, Mrs. Hill (CMU SIS), Mr. Simpkins, Mr. Rushing, The Lt's, my Unit Managers Mrs. Lamar, Mrs. Womick, Mr. Wallace, Mrs. Dawn, Mrs. Byran, Regional BOP, CO's, Unicor managers say "when I leave the prison will fall apart again from neglect. No one in Marion, Ill USP

medium prison will fall apart no one in the history past and in the future have or will ever work like me ever. I deep clean, remove paint from windows, remove rust, remove scuffs from all walls entire prison, I clean all Jail bars entire prison, all the grills I clean, all of the ceilings remove mold mildew dirt, clean inside light covers, spider webbs everywhere. There is over 10" inches of dust in the heater coils, which will save the BOP 20% more in electric cost. I replace electric sockets, replace lights, shine all the brass with only green scuff pad with inadquate supplies no brasso or steel wool. The brass handles all fixtures were black, tarnished, rusted. I had shined and made new. I Fixed heaters and the metal inmates break and try and hide contraband in them. Holes in the floor I fix 70 years of food, mold, mildew, rotten food, smells, which smelled the entire prison. The workers have neglected and let go for over 70 years. It was discusting before. I had started my mission to clean deep clean the entire prison before I leave for Miami FCI in Miami Fla in 96 days to be transferred. In 47 day my (CMU) Program is completed December 11, 2021 which is an amazing accomplishment in record 18 month completed. The time is going so very fast. I work so much hard stay clear of everyone work and focused on leaving the staff in an amazing clean shiny place. The cleanest in the BOP. They will remember me forever leaving them in a amazing clean prison. I stay focused on my release date clear and Miami FCI in Miami Facility. I will do the same as I did in Marion medium Illinois Facility. Every staff member love my work and allways thank me. My work is so good alot of 1st Jobs I applied for they regret not hiring me and would put their Food, rec area tops in the prison. Mr. Travis head of food here at Marion, ILL is going to recommend me for Job in food in Miami with his friend Asst. Food Manager at Miami FCI Low Miami Fla Prison. I am getting everything lined up to thrive give my best and for my next prison in Miami FCI in Miami Fla. I will get my job in Food Service and also a Hall orderly Job to make Miami FCI Low prison Flawless clean as I have in Marion medium, ILL prison.



Marion medium low USP, Illinois was in ruff shape. Everyone had thanked me and appreciated me personally from the warden on down entire staff. All my hard work, my ruff hands, I work day and night non stop. I mop, sweep the entire halls prison shine and save them alot of money. The floor polish guys and other workers are terrible very bad work ethics. I clean up everyone mess. The painter here is very bad. He does not put wet signs up and no construction clean up at all. He paints over chrome and metal. I have to clean up daily. The prison was disgusting very dirty, molds, mildew, alot of bacteria. I have cleaned up worked very hard to try to make Marion, ILL the cleanest prison in the BOP. Before I leave for my security level low prison, I only have 9 points. My security level has not been updated since 2020. I should have camp points. My last update was over 1 year and a 1/2 half. I pray the BOP Designation will send me to Miami FCI low prison in Miami, Fla. So I can be near my family, friends, which I requested and near my final released date. My case managers say it looks like the end of January 31, 2022 before I am transferred (Mrs. Lamar) - (Mrs. Womick). I have been praying to get home close to Miami FCI in Miami, Fla low prison to see my mom the love of my life, family and friends since my first day of myself putting myself in jail. I am beyond and forever regret day one of my crime. I will never ever ever again do anything do anything wrong not even a parking ticket or spit on a sidewalk. I have beyond learned. I can't appologise enough to everyone, plus time I spent on my stupid crime threat wrong preception so stupid sending crude counterfeit, non energenic stage props. I never ever had any hostility towards anyone or ever will. I love everyone, Roman Catholic God is my higher power. I am very Pro Life. As the ESI FBI Forensic Lab Report factual stated. The device was not a explosive device. The Stage Prop Device was nothing more than a crude counterfeit, non energenic. All the divided charges yes I can see illegal use of mail, a threat. The Device was not explosive device. The Device was not a threat to interstate or interstate commerce. I never ever considered

(6)

messing around with scared to ever mess around with any Explosive Elements or items. I am very afraid definitely afraid of harming myself. If I ever thought to mess with Explosives. It is not me. I never ever want to put anyone in harms way. Many people have done me totally wrong in life. People have robbed me in business and in my personal life. I have always walked away and leave it in Gods hands. I can't emphasis enough how much I regret. I am so very sorry for this stupid Crime Crude Counterfeit non Energetic from my Chippendale male Dance Show Stage skits. I was beyond stupid at first started as a Joke with putting one Trump sticker on my van. That had turned into this stupid bias Media Hollywood Production of stupidity the media pushed. It was beyond stupid to feed into on my part. I am and forever so very sorry at worst scare people stage props for view only. and my steroid consumed and my preception was way off. I was the stupidist Criminal with so much going for me to even get involved in Politics. You are an amazing Judge Sir. I have the highest respect for you Judge Rakoff always and praise. I have beyond learned. I am a roll model and very reformed my childish stupid thinking. I am at peace with the past. I will make you so very proud. When I am released and continue to be a very productive member of society. If you could consider a reduction of my prison sentence and consider 121 months Federal Defenders Sarah Baumgartel, Ian Marcus Amelkin, Amy Gullicchio proposed at sentencing or at least 7 year reduction and Please consider 2/3 Elderly Release. which is on my Transcript. I am getting older and would love to spend with my mom has to live life left. Sir, my mom is the love of my life. Plus still young enough to get married give my mom two grandchildren alittle Viviola and little Cesar. and raise that right not to make wrong choice as I did. To spend time with my 2 sisters and family. Plus I will public speak so people will not make wrong choices and not go to jail ever and mentor people. I will be a very productive

member of society a roll model and make you very proud.

I do deserve time 60 months is a threat. I understand it was political. As I seen in my attorneys sentencing report. There was over 72 cases. 60 months was longest sentence. 10 years is a long time in prison. But 240 months is a lot of time. If you could please consider 121 months my attorney's Federal Defenders proposed at sentencing. The Crude Counterfeit non Energenic as stated 16 Device were not a Explosive Device. I recieved alot of time for a threat Crude Counterfeit for view only. The intent was never to Harm or put anyone ever in harms way.

Please sir if you could consider in your heart some reduction of my Prison Sentence. I will be 72 years old in 2035 projected release date. My mom is my heart and soul of my life will be in her 90s. my father passed away while I was in jail (CMU) earlier this year I also lost alot of friends to Covid 19 and people we know in big Colapse Surfside Miami Beach Fla.

Please consider some reduction in my prison sentence so I can spend my time with my mom, get married and have 2 children grand children for my mom to see. Spend time with my family, raise a family, work hard and make a good life a very productive member of society. Please Honorable Judge Jed S. Rakoff we only have one life. I have never seen anyone come back from death. Only Super Man does and he is a cartoon character. Please Judge Rakoff if you could find it in your heart sir to reduce some of my prison sentence so I can spend time with my mom, get married give my mom two grand kids and spend time with my so amazing so supportive family. God was so wonderful to bless me with.

I have worked both long hours Physically, mentally, lead bye Example, a flawless disciplinary record, outstand work reports bye my bosses and superiors, so many Educational programs ever program offered in the BOP. I am a roll model inmate bye the FBI and BOP. and work night and day 14 hours daily to leave the BOP facility in a better place from when I first came

(8)

to the BOP Marion Medium Illinois Facility. I had a flawless (CMU Communication Monitoring Unit Program) which concludes December 11, 2021. I will continue for the rest of my life and be a very productive member of society, public speak to advice people ho to choose life of any crime. I will assist in any natural disasters disasters and help everyone. I will be true to my religion Roman Catholic and God. I will never again ever have an interest in Politics and stay clear of Toxic influences. and I am very at peace with my past. I will be very reformed a roll model and a very very productive member of society. I will make you very proud sir for life your Honor Judge Jed S. Rakoff. Thank you sir I will be 72 in 2035, my 2/3 Elderly Release 02/25/2032. I will be 69 years old. From The Warden D. Sproul here at Marion Medium USP, Illinois, Mrs Dawn, Arst Warden, Captain, Mrs. Byran, Mr. Wallace, Mrs Hill, Mr Rushing, Mrs. Womick Case managers, Unit managers. I have to request 2/3 Elderly release 02/25/2032 from yourself. If you would be so kind to think and consider 121 month requested at sentencing bye Federal Defenders Sarah Baumgartel, Ian Marcus Amelkin and Amy Gullicchio at sentencing. I worked very hard and deserve reduction of my prison sentence. I will be 66. The release date would be November 26, 2028. My age will also effect my work potential. I am a very loyal hard worker more then anyone. I love to work. I am very remorseful, accountable so very sorry for my stupidity and crime. Please sir consider any reduction. I have earned and worked very hard. You have my word I will never ever be in any trouble ever again. I will lead bye Example and speak publicly to never ever do any crime ever again. Thank you Honorable Judge Ted S. Rakoff for everything. Please consider my reduction of my prison sentence. I do deserve and worked very hard and earned. I have a flawless Disciplinary record, outstanding work reports, The most Educational Programs, lead Bye FBI Programs. I Successfully Completed (CMU) Program. Thank you again sir. a world of respect and appreciation for you and your service sir. Happy Holidays

Honorable Jed S. Rakoff                              Nov. 11, 2021
Daniel Patrick Moynihan
United States Court House
500 Pearl St.
New York City, N.Y. 10007-1312

Dear Judge:

I am the mother of Cesar Sayoc and he asked me to forward you this letter enclosed.  He had no way of getting to you at this time.

I hope I am not bothering you, but I felt that is was sincere in my son's intention.

We are hoping and praying that he will get some sort of a reduction in sentence.
Thank you for your time and Happy Holidays to you.

**Best regards,**

**Madeline Sayoc Giardiello**
**18820 Argosy Drive**
**Boca Raton, FL. 33496**
**Cell: 305-775-3043**
**mad526@yahoo.com**



Madeline Giardiello
18820 Argosy Dr
Boca Raton, FL 33496

Honorable Jed S. Rakoff
Daniel Patrick Moynihan
United States Court House
500 Pearl St.
New York City, N.Y. 10007-1312

WEST PALM BCH FL
12 NOV 2021 PM 2

10007-131299