UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | 18-cr-820 (JSR) |
| CESAR ALTIERI SAYOC, | ORDER |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.

The Court has received an undated pro se letter, to be docketed, from Cesar Sayoc requesting a reduction in his prison sentence. The Court construes this to be a motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). This statute permits a court to "reduce . . . a defendant's prison sentence," as Sayoc requests. United States v. Brooker, 976 F.3d 228, 237 (2d Cir. 2020). However, under the statute, a defendant may only bring such a motion "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(c)(1)(A)(i).

Although this Court has held that the 30-day waiting period is waivable under certain circumstance, it has also held that "the more modest requirement that a defendant first file a request with the BOP before a court can address the motion on the merits" cannot similarly be excused. United States v. Massa, 2021 WL 4847424, at

1

\*2 (S.D.N.Y. Oct. 18, 2021). Accordingly, because Sayoc has not indicated that he has made such a request in writing with the Warden of his facility, the present motion is denied without prejudice.

    SO ORDERED.

Dated:    New York, NY

           November 18, 2021           JED S. RAKOFF, U.S.D.J.