UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------
| UNITED STATES OF AMERICA        |
|                                 |
|         -against-               |          18-CR-820 (JSR)
|                                 |
| CESAR ALTIERI SAYOC,            |          ORDER
|                                 |
|         Defendant.              |
-----------------------------------
```

JED S. RAKOFF, U.S.D.J.

Mr. Sayoc submitted a lengthy motion styled as a motion for reconsideration of the denial of his motion for compassionate release. Although the Court is grateful to Mr. Sayoc for his very full and interesting presentations, the Court does not find any material difference between the compassionate release motion that was previously denied and his current motion for reconsideration. The motion is accordingly denied.[1]

SO ORDERED.

Dated:   New York, NY

         October 31, 2023                   _____
                                            JED S. RAKOFF, U.S.D.J.

---

[1] To the extent Mr. Sayoc is raising complaints against the Bureau of Prisons, those complaints are not properly before this Court. Those complaints must be directed to the Bureau of Prisons and the federal district court for Eastern District of North Carolina.